# EXHIBIT A

## Worldwide Dispensers™

DS Smith

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

## INVOICE

VAT: GB 521 8863 38

**Invoice To:**
HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE.,
BALTIMORE
MARYLAND 21211
U.S.A.

**Delivered To:**
HEDWIN CORPORATION
1700 W 41ST STREET
BALTIMORE
MARYLAND 21211
USA

| | Invoice Date: | | Invoice No. |
|---|---|---|---|
| | 19 Dec 2013 | | 98782 |

| Transaction | Customer Order No. | Delivery Detail | Area | Sales Order No. | Despatch Note No. | Despatch Date | Account No. |
|---|---|---|---|---|---|---|---|
| INVOICE | 140130 | SDV | 309 | S36627 | 98782 | 19 Dec 2013 | HED02 |

**TERMS: FOB UK PORT**

**INCOTERMS 2010 APPLY TO THIS TRANSACTION**

**55 CARTONS GW 770 KG NW 715 KG VOLUME 4.303 M3**

Customer VAT Registration Number - D000090704

| Product Code | Description of Goods | Quantity | Desp Ref | Qty to Follow | Units | Price Per | Discounts | VAT Code | Nett Value |
|---|---|---|---|---|---|---|---|---|---|
| 253404 | 8C/US/STD+38WSR/US 8mm CUBITAINER USA NATURAL + STANDARD SPIGOT + 38mmS/R USA FOR FOOD USE Your Stock Code: COM4401 | 60500.0000 | | 659500.0000 | EACH | 0.3100 | | Z | 18,755.00 |

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001
DS Smith Plastics Limited Registered in England and Wales No: 5307740 Registered Office: 350 Euston Road, London, NW1 3AX
Page 1 of 2



# Worldwide Dispensers™

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

## INVOICE

VAT: GB 521 8863 38

**Invoice To:**
HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE.,
BALTIMORE
MARYLAND 21211
U.S.A.

**Delivered To:**
HEDWIN CORPORATION
1700 W 41ST STREET
BALTIMORE
MARYLAND 21211
USA

| | | Invoice Date | | Invoice No. |
|---|---|---|---|---|
| | | 19 Dec 2013 | | 98782 |

| Transaction | Customer Order No. | Delivery Detail | Area | Sales Order No. | Dispatch Note No. | Despatch Date | Account No. |
|---|---|---|---|---|---|---|---|
| INVOICE | 140130 | SDV | 309 | S36627 | 98782 | 19 Dec 2013 | HED02 |

| Product Code | Description of Goods | Quantity | Desp Ref | Qty to Follow | Units | Price Per | Discounts | VAT Code | Nett Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Goods** | 18,755.00 | | | 0.00 | | 18,755.00 |

**Totals for VAT Code Z 0.00%**

**Prices and Totals are in US Dollar**

| | **Goods Total** 18,755.00 | **VAT Total** 0.00 | **Invoice Total** US$18,755.00 |
|---|---|---|---|

| **Settlement Discount** | 0.00% | **VAT** | **Value** 0.00 | **Settlement Date** | 17 Feb 2014 |
|---|---|---|---|---|---|

Signed on behalf of Worldwide Dispensers Ltd.

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001

These goods are of EU origin, manufactured by us, certified true and correct.
www.worldwide-dispensers.com

DS Smith Plastics Limited Registered in England and Wales No: 5267740 Registered Office: 350 Euston Road, London, NW1 3AX
Page 2 of 2

# WORLDWIDE DISPENSERS – STANDARD SALES CONDITIONS

## 1. INTRODUCTION

"We" are Worldwide Dispensers, a part of DS Smith Plastics Ltd and "you" are anyone to whom we are supplying goods. DS Smith Plastics Ltd is registered in England and Wales with company number 3267740 and our registered office is at 350 Euston Road, London, NW1 3AX.

We have provided an acknowledgement of our agreement to make this supply. That acknowledgement incorporates these supply conditions (except where they are specifically amended in the acknowledgement) and any incidental services: if not, our standard specification will apply
- the price agreed
- the delivery or collection details.

That is the whole of our agreement for this supply and supersedes any previous agreement or representation (except for any contained in the acknowledgement is valid unless it is in writing and is signed by authorised representatives of both of us.

By placing an order with us, you are deemed to accept that these conditions shall apply to and govern any contract between us to the exclusion of all other terms and conditions (including any terms or conditions which you purport to apply under any purchase order, confirmation of order or other correspondence or documentation).

We are responsible for making the supply to you but we may arrange to do so through agents or subcontractors.

You must not assign the benefit of the agreement without our prior written consent, which will not be unreasonably withheld.

## 2. CANCELLATION AND VARIATION

You may cancel your order at any time before the supply is made. If you do, you are to pay us on demand a reasonable cancellation charge which takes into account all work we have done in fulfilling your order. If we are unable to fulfil your order, we may also be committed to pay, and our loss of profit.

If you ask us to vary your order and agree with us an appropriate variation to the price and to the time scale for delivery, we agree to make the supply in accordance with those variations. We may vary the price by an amount sufficient to cover any significant increase in the cost of materials or any referred to in our acknowledgement which are not available or, if no suitable materials are available, advise you of the estimated delay in fulfilling your order. If we are unable to fulfil your order within a reasonable time due to materials being unavailable for reasons beyond our reasonable control, we may cancel the order with no further obligation to you.

## 3. PRICE

Unless otherwise stated you are to pay, in addition to the agreed price:
- the applicable VAT and any other tax imposed on the supply
- the cost of packaging, carriage and insurance
- the cost of any artwork, origination and printing stereos, the cost of tooling specifically required and die cutting costs

## 4. PAYMENT

We will invoice you and you are to pay the invoice. You are to pay the invoice within 30 days without set-off or counterclaim. If you have a claim against us, you must notify us of it promptly and make all reasonable efforts to resolve the dispute amicably.

We are not obliged to supply any goods or services to you while any payment is overdue on this or any other agreement we may have with you.

If any payment is late we may charge you interest at the rate of 3% above the base rate from time to time of the NatWest Bank on any overdue payment from the date the payment until the date payment is made and charge you for all costs we incur in recovering the outstanding payment.

We may set off any sums owed by you to us against any sums owed by us to you.

## 5. WARRANTY AND DEFECTS

We warrant to you that the goods will be, at the time of delivery and only for the next 6 months, free from any material defects in materials and workmanship and that
- you are full details of any defect immediately it becomes apparent
- the goods have not, in our view, suffered excessive wear and tear by improper or careless use or storage, excessive abuse, improper installation, or the like.

All implied warranties or conditions are excluded to the fullest extent permitted by law.

If you endorse on the delivery note that goods are unexamined and within 3 days of delivery notify us in writing of any defects we may, after inspecting the goods (and if we are satisfied that their condition has not deteriorated following delivery) at our discretion repair or replace the defective goods, or take them back and refund the price.

You undertake to indemnify and hold us harmless from and against all liabilities, losses, damages, costs, charges, expenses (including without limitation legal fees and expenses on a full indemnity basis), actions, proceedings, claims and demands incurred by or brought against us:
- arising directly or indirectly out of or in connection with any breach of any of your obligations under this agreement or any wrongful or unlawful act or omission on the part of any of your officers, employees or agents in relation to the goods; or
- resulting from our acting reasonably in accordance with your instructions (including, without limitation, any claim by a third party that we have infringed any intellectual property rights in the work carried out).

Our products may not be suitable for use with all liquids, for all filling or dispensing systems. We cannot and do not therefore warrant that our products will be fit or suitable for the intended application. It is recommended that you satisfy yourself that the product is suitable for the intended use both before an order is placed, and before products are made as well as the products themselves. Prior to introducing the use of our products to a commercial application, you should conduct all appropriate tests to identify and prevent potential problems. Inappropriate storage, chemical attack, changed mechanical properties, the effect of temperature and temperature changes and other relevant factors. You should also verify that the fit of the product to your container is satisfactory, that the product is compatible with filling conditions, that the flow rate and flow characteristics of the product meet your requirements and that the product is suitable for the expected distribution and storage conditions. For the avoidance of doubt, we accept no liability whatsoever for any loss, damage, injury or death caused as a result of your failure to observe any of the aforementioned precautions.

## 6. DELIVERY OR COLLECTION

We are to use reasonable endeavours to have the goods ready when agreed, but this is only an estimate of the delivery or collection date. You can only refuse to accept delivery after that date if:
- after the date of our acknowledgement of your order you have sent us a written notice specifying a date by which the goods are to be delivered and that date has passed, or
- we have specifically accepted that deadline date in writing.

Where we are delivering goods to you, you are responsible for unloading them. Where you fail to take delivery or collect goods in accordance with the agreement, you must pay on demand our storage and additional carriage costs.

You have no right to reject goods if they have been manufactured. You are to pay the invoice is not material to their use or functionality or is a variation in quantity which is within 10% of the quantity ordered (but we will in this case adjust the price to take account of the variation).

## 7. PACKAGING

We decide the appropriate method of packaging. Packages and wrappers are free and non-returnable.

We charge you for cases but refund that charge when you return the cases to us in good condition.

Pallets, carboys and any other packaging identified in the acknowledgement as belonging to us, remain our property and are to be returned to us within one month of delivery. If not we will invoice you for their replacement cost.

## 8. CUSTOMER APPROVALS

Where we supply proofs, printing details, artwork or other specimens for you to approve as complying with your order you must do so promptly and in writing. We are not responsible for any delay you cause by failing to approve the goods at the time we ask you approve. We are not responsible for any errors which you do not identify in writing at the time you give your approval.

All prices we give you for printing are made subject to our receiving suitable copy matter, and are on the basis that we can use our standard range of ink colours. Any deviations may result in an extra charge being made.

## 9. PASSING OF RISK AND TITLE

The goods are at your risk
- when you start loading them onto the collection vehicle, if you are collecting them
- when you start unloading them at the delivery address, if we are responsible for delivery, or
- from the agreed time for delivery or collection if you fail to accept delivery or to collect the goods as agreed.

The goods do not belong to you until we have received payment of the price and all additional payments due in full. Until then
- you hold the goods as our fiduciary agent, must clearly identify the goods (and any new product into which they are incorporated) as our property, and keep them properly stored and insured and
- we may enter your premises at any time to repossess the goods if you fail to pay the price and other payments when due or we reasonably believe that you will not be able to pay the price and other payments when due.

## 10. TERMINATION

Either of us may terminate this agreement immediately on written notice if the other is in breach of it and has failed to put right the breach (if capable of being put right) or has not put it right within 21 days of receiving notice to do so. On termination any those conditions which either of us has against the other remain in force.

We may terminate this agreement immediately on notice if we reasonably believe that you will not be able to pay the price or other payments when due and in that event we have no further liabilities under the agreement.

## 11. LIABILITY

Samples, drawings, illustrations, forecasts, brochures and other literature we may have supplied show only the general character of the goods and must not be relied on.

We do not seek to exclude or restrict our liability for death or personal injury caused by our (i) negligence or (ii) fraud.

Where we or our employees or agents negligently damage your property when delivering goods, our total liability in respect of an event or series of connected events is limited to £500,000.

In respect of any other claims our liability is limited, to the maximum extent permitted by law, to an amount equal to the amount of the price paid for the goods giving rise to the claim.

We have no liability (directly or indirectly) for loss of business, revenue, opportunity or profits, anticipated savings or wasted expenditure, corruption or destruction of computer data or for any indirect or consequential loss whatsoever.

Neither of us is liable for any failure to fulfil our obligations to the other where such failure is due to circumstances beyond our reasonable control.

## 12. GENERAL

No benefits are to be conferred on any third party by this agreement.

If part of this agreement is invalid or unenforceable that does not affect the remainder. Invalidity or unenforceability in one jurisdiction does not affect validity or enforceability in another.

Where you have any of your property with us you do so at your own risk. You must get a receipt for it.

No waiver by us of any breach of the contract by you shall be considered as a waiver of any subsequent breach of the same or any other provision.

We are to own all intellectual property created under this agreement. Where necessary, you are to assign or procure the assignment of all such rights (including moral rights) to us.

Unless you object in writing, we may put your name and other details into a computerised database, disclose it to any of our use and that of any other company within DS Smith Plc group worldwide.

This agreement and its subject matter are confidential and must not be disclosed to any person without our permission.

Provisions relating to warranties, limitation of liability, intellectual property, confidentiality and obligations on termination survive termination or expiration of the agreement.

English law governs the agreement. We both accept the jurisdiction of the English Courts. We may also bring proceedings against you in other jurisdictions.



# Worldwide Dispensers™

**DS Smith**

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

## INVOICE

VAT: GB 521 8863 38

| Invoice Date: | Invoice No. |
|---|---|
| 19 Dec 2013 | 98781 |

| Despatch Note No. | Despatch Date | Account No. |
|---|---|---|
| 98781 | 19 Dec 2013 | HED02 |

**Invoice To:**
HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE.,
BALTIMORE
MARYLAND 21211
U.S.A.

**Delivered To:**
HEDWIN CORPORATION
1700 W 41ST STREET
BALTIMORE
MARYLAND 21211
USA

| Transaction | Customer Order No. | Delivery Detail | Area | Sales Order No. |
|---|---|---|---|---|
| INVOICE | 140258 | SDV | 309 | S36706 |

TERMS: FOB UK PORT

INCOTERMS 2010 APPLY TO THIS TRANSACTION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WORLDWIDE DISPENSERS CERTIFIES THAT THE REFERENCED PRODUCT MEETS THE
MANUFACTURING SPECIFICATION AS MUTUALLY AGREED UPON BY HEDWIN AND
WORLDWIDE DISPENSERS. ALL PRODUCT QUALIFICATION DATA IS ON FILE AND
AVAILABLE FOR REVIEW.

TARIFF CODE FOR TAPS: 8481.80.5090

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**8 CARTONS GW 100 KG NW 92 KG VOLUME 0.626 M3**

Customer VAT Registration Number - D000090704

| Product Code | Description of Goods | Quantity | Qty to Follow | Disp Ref | Price Per | Units | Discounts | VAT Code | Nett Value |
|---|---|---|---|---|---|---|---|---|---|
| 352001 | 2" STRAIGHT-THROUGH FOR FOOD USE | 200.0000 | | | 21.0000 | EACH | | Z | 4,200.00 |
| | Your Stock Code: COM4417 | | | | | | | | |

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001

These goods are of EU origin, manufactured by us, certified true and correct.
www.worldwide-dispensers.com

DS Smith Plastics Limited Registered in England and Wales No: 5207740 Registered Office: 350 Euston Road, London, NW1 3AX

Page 1 of 2



# Worldwide Dispensers™

## INVOICE

VAT: GB 521 8863 38

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

| | | Invoice Date: | | Invoice No. |
|---|---|---|---|---|
| | | 19 Dec 2013 | | 98781 |
| | | Despatch Note No. | Despatch Date | Account No. |
| | | 98781 | 19 Dec 2013 | HED02 |

**Invoice To:**
HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE.,
BALTIMORE
MARYLAND 21211
U.S.A.

**Delivered To:**
HEDWIN CORPORATION
1700 W 41ST STREET
BALTIMORE
MARYLAND 21211
USA

| Transaction | Customer Order No. | Delivery Detail | Area | Sales Order No. | Qty to Follow | Units | Discounts | VAT Code | Nett Value |
|---|---|---|---|---|---|---|---|---|---|
| INVOICE | 140258 | SDV | 309 | S36706 | | | | | |
| Product Code | | Description of Goods | Quantity | Desp Ref | Price Per | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Totals for VAT Code Z 0.00%** | | **Goods** | 4,200.00 | **VAT** | 0.00 |
| **Prices and Totals are in US Dollar** | | **Goods Total** | 4,200.00 | **VAT Total** | 0.00 | **Invoice Total** | US$4,200.00 |
| **Settlement Discount** | | 0.00% | | **Value** | 0.00 | **Settlement Date** | 17 Feb 2014 |

Signed on behalf of Worldwide Dispensers Ltd.

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001
DS Smith Plastics Limited Registered in England and Wales No: 5287740 Registered Office: 350 Euston Road, London, NW1 3AX

These goods are of EU origin, manufactured by us, certified true and correct.
www.worldwide-dispensers.com

Page 2 of 2

# WORLDWIDE DISPENSERS - STANDARD SALES CONDITIONS

## 1. INTRODUCTION

"We" are Worldwide Dispensers, a part of DS Smith Plastics Ltd and "you" are anyone to whom we are supplying goods. DS Smith Plastics Ltd is registered in England and Wales with company number 5267740 and our registered office is at 350 Euston Road, London, NW1 3AX.

We have provided an acknowledgement of our agreement to make that supply. That acknowledgement incorporates these supply conditions (except where they are specifically amended in the acknowledgement) and

- a specification of the goods and any incidental services: if not, our standard specification will apply
- the price agreed
- the delivery or collection details.

That is the value of our agreement for this supply and supersedes any previous agreement we may have had in relation to it. No variation in the agreement is valid unless it is in writing and is signed by authorised representatives of both of us.

By placing an order with us, you are deemed to accept that these conditions shall apply to and govern any contract between us to the exclusion of all other terms and conditions (including any terms or conditions which you purport to apply under any purchase order, confirmation of order or other correspondence or documentation).

We are responsible for making the supply to you but we may arrange to do so through agents or subcontractors.

You must not assign the benefit of the agreement without our prior written consent, which will not be unreasonably withheld.

## 2. CANCELLATION AND VARIATION

You cannot cancel your order after the supply is made. If you do, you are to pay us on demand a reasonable cancellation charge which takes into account all work we have carried out and expenses we have incurred and any costs we are committed to pay, and our loss of profit.

If you ask us to vary your order and agree with us an appropriate variation to the price and to the time scale for delivery, we agree to make the supply in accordance with those variations. We may vary the price by an amount sufficient to cover any significant increase in the cost of materials or other costs we incur to fulfil your order. We may also substitute suitable alternative materials for any referred to in our acknowledgement which are not available. If no suitable alternative is available, we may advise you of the estimated delay in fulfilling your order. If we are unable to fulfil your order within a reasonable time due to materials being unavailable for reasons beyond our reasonable control, we may cancel the order with no further obligation to you.

## 3. PRICE

Unless otherwise stated you are to pay, in addition to the agreed price:

- applicable VAT and any other tax imposed on the supply
- the cost of packaging, carriage and insurance
- the cost of any tools or other equipment and printing stereos, the cost of tooling specifically required and die cutting costs

## 4. PAYMENT

We will invoice you once the goods have been manufactured. You are to pay the invoice within 30 days without set-off or counterclaim. If you have a claim against us, you must notify us of it promptly and make all reasonable efforts to resolve the dispute amicably.

We are not obliged to supply any goods or services to you while any payment is overdue on this or any other agreement we may have with you.

If any payment is late we may charge you interest at the rate of 3% above the base rate from time to time of the NatWest Bank plc on the overdue payment from the due date for payment until the date payment is made and charge you for all costs we incur in recovering the outstanding payment.

We may set off any sums owed by you to us against any sums owed by us to you.

## 5. WARRANTY AND DEFECTS

We warrant to you that the goods will be, at the time of delivery and only for the next 6 months, free from material defects and that you have the corresponding skill and care as long as:

- you are responsible for ensuring that the goods will not be provided with reasonable skill and care as long as:
- you give us full details of any defect immediately it becomes apparent
- the goods have not, in our view, suffered excess wear and tear by improper or careless use or storage, excessive stress being improper installation, or the like.

All implied warranties or conditions are excluded to the fullest extent permitted by law.

If you endorse on the delivery note that goods are unexamined and within 3 days of delivery notify us in writing of any defects we may, after inspecting the goods (and if we are satisfied that their condition has not deteriorated following delivery) at our discretion repair or replace the defective goods, or take them back and refund the price.

You undertake to indemnify and hold us harmless from and against all liabilities, losses, damages, costs, charges, expenses (including without limitation legal fees and expenses on a full indemnity basis), actions, proceedings, claims and demands incurred by or brought against us:

- arising directly or indirectly out of or in connection with any breach of any of your obligations under this agreement and/or any defects which may, after inspecting the goods, be the part of any of your officers, employees or agents in relation to the goods; or
- resulting from our acting reasonably in accordance with your instructions (including, without limitation, any claim from a third party that we have infringed any intellectual property rights in the work carried out).

Our products may not be suitable for use with all liquids, for all filling or dispensing conditions. You cannot and do not therefore warrant that our products will be fit or suitable for the intended application. It is recommended that you satisfy yourself that the product to be dispensed is compatible with and suitable for the raw materials from which our products are made as well as the products themselves. Prior to introducing the use of our products to a commercial application, you should conduct all appropriate tests to identify and prevent potential problems. You should also verify that the product is compatible with filling conditions, that the flow rate and flow characteristics of the product meet your requirements and that the product is suitable for the expected distribution and storage conditions. For the avoidance of doubt, we accept no liability whatsoever for any loss or damage, injury or death caused as a result of your failure to observe any of the aforementioned precautions.

## 6. DELIVERY OR COLLECTION

We are to use reasonable endeavours to have the goods ready when agreed, but this is only an estimate of the delivery or collection date. You can only either accept delivery after that date if

- after the date of our acknowledgement of your order you have sent us a written notice reasonably confirming that deadline into writing.
- we have specifically accepted that deadline into writing.

Where we are delivering goods to you, you are responsible for unloading them. Where you fail to take delivery or collect goods in accordance with the agreement, you must pay on demand our storage and additional carriage costs.

You have no right to reject goods if they vary from the specification and that variation is not material to their use or functionality or is a variation in quantity which is within 10% of the quantity ordered (but we will in this case adjust the price to take account of the variation).

## 7. PACKAGING

We decide the appropriate method of packaging. Packages and wrappers are free and non-returnable.

We charge you for cases but refund that charge when you return the cases to us in good condition.

Pallets, carboys and any other packaging identified in the acknowledgement as belonging to us remain our property and must be returned to us within one month of delivery. If not we will invoice you for their replacement cost.

## 8. CUSTOMER APPROVALS

Where we supply proofs, printing details, artwork or other specimens for you to approve as complying with your order you must do so promptly and in writing. We are not responsible for delay in delivery caused by your failure to do so promptly. If you approve for you approve. We are not responsible for any errors which you do not identify in writing at the time you give your approval.

All prices we give you for printing are made subject to our receiving suitable copy matter, and are on the basis that we can use our standard range of ink colours. Any deviations may result in an extra charge being made.

## 9. PASSING OF RISK AND TITLE

The goods are at your risk

- when you start loading them onto the collection vehicle, if you are collecting them or
- when you start unloading them at the delivery address, if we are responsible for delivery or
- from the agreed time for delivery or collection if you fail to accept delivery or collect the goods as agreed.

The goods do not belong to you until we have received payment of the price and additional payments due in full. Until then

- you hold the goods as our fiduciary agent, must clearly identify the goods (and any new product into which they are incorporated) as our property, and keep it properly stored and insured and
- we may enter your premises at any time to repossess the goods if you fail to pay the price and other payments when due or we reasonably believe that you will not be able to pay the price and other payments when due.

## 10. TERMINATION

Either of us may terminate this agreement immediately on written notice if the other does not remedy a breach which can be remedied or is in default if an obligation and cannot put it right or does not put it right within 21 days of receiving notice to do so. On termination any then existing claim which either of us has against the other remain in force.

We may terminate this agreement immediately on notice if we reasonably believe you will not be able to make payments when due and in that event you will not price and other payments when due.

## 11. LIABILITY

Samples, descriptions, illustrations, forecasts, brochures and other literature we may have supplied above only the general character of the goods and must not be relied on.

We do not seek to exclude or restrict our liability for death or personal injury caused by our (i) negligence or (ii) fraud.

Where we or our employees or agents negligently damage your property where delivering goods, our total liability to you in respect of an event or series of connected events limited to £500,000.

In respect of any other claims our liability is limited, to the maximum extent permitted by law, to the whole price, the loss or damage up to the amount of the price paid for the goods giving rise to the claim.

We have no liability (directly or indirectly) for loss of business, revenue, opportunity's profits, anticipated savings or wasted expenditure, corruption or destruction of computer data or for any indirect or consequential loss whatever.

Neither of us is liable for any failure to fulfil our obligations to the other where such failure is due to circumstances beyond our reasonable control.

## 12. GENERAL

No benefits are to be conferred on any third party by this agreement.

If part of this agreement is invalid or unenforceable that does not affect the remaining validity or enforceability in one jurisdiction does not affect validity or enforceability in another.

Where you leave any of your property with us you do so at your own risk. You must pay us on demand to receipt for it.

No waiver by us of any breach of the contract by you shall be considered as a waiver of any subsequent breach of the same or any other provision.

We are to own all intellectual property created under this agreement. Where necessary you are to assign or procure the assignment of all such rights (including moral rights) to us.

Unless you object in writing, we may put your name and other details into a competitor's directory. This will be only for our use and that of any other company within DS Smith Plc group worldwide.

This agreement and its subject matter are confidential and must not be disclosed to any person without our permission.

Provisions relating to warranties, limitation of liability, intellectual property, confidentiality and obligations on termination survive termination or expiration of the agreement.

English law governs the agreement. We both accept the jurisdiction of the English Courts. We may also bring proceedings against you in other jurisdictions.

# Worldwide Dispensers™

DS Smith

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

## INVOICE

VAT: GB 521 8863 38

| Invoice Date: | Invoice No. | |
|---|---|---|
| 19 Dec 2013 | 98780 | |
| Despatch Note No. | Despatch Date | Account No. |
| 98780 | 19 Dec 2013 | HED02 |

Invoice To:
HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE.,
BALTIMORE
MARYLAND 21211
U.S.A.

Delivered To:
HEDWIN CORPORATION
1700 W 41ST STREET
BALTIMORE
MARYLAND 21211
USA

| Transaction | Customer Order No. | Delivery Detail | Area | Sales Order No. |
|---|---|---|---|---|
| INVOICE | 140294 | SDV | 309 | S36719 |

**TERMS: FOB UK PORT**
**INCOTERMS 2010 APPLY TO THIS TRANSACTION**
****************************************************
WORLDWIDE DISPENSERS CERTIFIES THAT THE REFERENCED PRODUCT MEETS THE
MANUFACTURING SPECIFICATION AS MUTUALLY AGREED UPON BY HEDWIN AND
WORLDWIDE DISPENSERS. ALL PRODUCT QUALIFICATION DATA IS ON FILE AND
AVAILABLE FOR REVIEW.
**TARIFF CODE FOR TAPS: 8481.80.5090**
****************************************************

**41 CARTONS GW 697 KG NW 656 KG VOLUME 3.962 M3**
Customer VAT Registration Number - D00090704

| Product Code | Description of Goods | Quantity | Desp Ref | Qty to Follow | Price Per | Units | Discounts | VAT Code | Nett Value |
|---|---|---|---|---|---|---|---|---|---|
| 255830 | 8QNW/STD+3/4ST+WW | 26650.0000 | | | 0.6051 | EACH | | Z | 16,125.92 |
| | 8mm QST Pe NATURAL | | | | | | | | |
| | STD SPIGOT WHITE + | | | | | | | | |

These goods are of EU origin, manufactured by us, certified true and correct.
**www.worldwide-dispensers.com**

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001
DS Smith Plastics Limited Registered in England and Wales No: 5267740 Registered Office: 350 Euston Road, London, NW1 3AX
Page 1 of 2

# Worldwide Dispensers™

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

## INVOICE

VAT: GB 521 8863 38

DS Smith

**Invoice To:**
HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE.,
BALTIMORE
MARYLAND 21211
U.S.A.

**Delivered To:**
HEDWIN CORPORATION
1700 W 41ST STREET
BALTIMORE
MARYLAND 21211
USA

| Invoice Date: | | | | Invoice No. | |
| 19 Dec 2013 | | | | 98780 | |
| Despatch Note No. | | Despatch Date | | Account No | |
| 98780 | | 19 Dec 2013 | | HED02 | |

| Transaction | Customer Order No. | Delivery Detail | Area | Sales Order No. | | |
|---|---|---|---|---|---|---|
| INVOICE | 140294 | SDV | 309 | S36719 | | |
| Product Code | Description of Goods | Quantity | Desp Ref | Qty to Follow | Price Per | Units | Discounts | VAT Code | Net Value |
| | "3/4""BSP SHORT THREAD"" + WHITE WASHER FOR FOOD USE Your Stock Code: COM4444 | | | | | | | | |

**Totals for VAT Code Z 0.00%**

| | Goods | 16,125.92 | VAT | 0.00 | |
| | Goods Total | 16,125.92 | VAT Total | 0.00 | **Invoice Total** | US$16,125.92 |

**Prices and Totals are in US Dollar**

| Settlement Discount | 0.00% | Value | 0.00 | **Settlement Date** | 17 Feb 2014 |

Signed on behalf of Worldwide Dispensers Ltd.

These goods are of EU origin, manufactured by us, certified true and correct.

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001

www.worldwide-dispensers.com

DS Smith Plastics Limited Registered in England and Wales No: 5207740 Registered Office: 350 Euston Road, London, NW1 3AX

Page 2 of 2

# WORLDWIDE DISPENSERS - STANDARD SALES CONDITIONS

**1.   INTRODUCTION**

"We" are Worldwide Dispensers, a part of DS Smith Plastics Ltd and "you" are anyone to whom we are supplying goods. DS Smith Plastics Ltd is registered in England and Wales with company number 5267540 and our registered office is at 350 Euston Road, London, NW1 3AX.

We have provided an acknowledgement of our agreement to make that supply. That acknowledgement incorporates these supply conditions (except where they are specifically amended in the acknowledgement) and:
- the specification of the goods and any incidental services; if not, our standard specification will apply
- the price agreed
- the delivery or collection conditions.

That is the whole of our agreement for this supply and supersedes any previous agreement which may have been provided to or agreed with us. No variation to the agreement is valid unless it is in writing and is signed by authorised representatives of both of us.

By placing an order with us, you are deemed to accept that those conditions shall apply to and govern any contract between us to the exclusion of all other terms and conditions (including any terms or conditions which you purport to apply under any purchase order, confirmation of order or other correspondence or documentation).

We are responsible for making the supply to you but we may arrange to do so through agents or subcontractors.

You may not assign the benefit of the agreement without our prior written consent, which will not be unreasonably withheld.

**2.   CANCELLATION AND VARIATION**

You cannot cancel your order at any time before the supply is made. If you do, you are to pay us on demand a reasonable cancellation charge which takes into account all work we have incurred and any costs we are committed to pay, and our loss of profit.

If you ask us to vary your order and agree with us an appropriate variation to the price and to the time scale for delivery, we agree to make the supply in accordance with those variations. We may vary the price by an amount sufficient to cover any significant increase in the cost of materials or other costs we incur to fulfil your order. We may also substitute suitable alternative materials for any referred to in our acknowledgement which are not available or, if no suitable materials are available, advise you of the estimated delay in fulfilling your order. If we are unable to fulfil your order within a reasonable time due to materials being unavailable for reasons beyond our reasonable control, we may cancel the order with no further obligation to you.

**3.   PRICE**

Unless otherwise stated you are to pay, in addition to the agreed price:
- applicable VAT and any other tax imposed on the supply
- the cost of packaging, carriage and insurance
- the cost of any artwork, origination and printing stereos, the cost of tooling specifically required and cutting costs

**4.   PAYMENT**

We will invoice you once the goods have been manufactured. You are to pay the invoice within 30 days without set-off or counterclaim. If you have a claim against us, you must notify us of it promptly and make all reasonable efforts to resolve the dispute amicably.

We are not obliged to supply any goods or services to you while any payment is overdue on this or any other agreement we may have with you.

If any payment is late we may charge you interest at the rate of 3% above the base rate from time to time of the NatWest Bank on the overdue payment from the date due for payment until the date payment is made and charge you for all costs we incur in recovering the outstanding payment.

We may set off any sums owed by you to us against any sums owed by us to you.

**5.   WARRANTY AND DEFECTS**

We warrant to you that the goods will be, at the time of delivery and only for the next 6 months, free from any material defect due to faulty workmanship and that you are responsible for the skill and care so long as:
- you give us full details of any defect immediately it becomes apparent
- the goods have not, in our view, suffered excess wear and tear by improper or careless use or storage, excessive stressing, improper installation, or the like.

All implied warranties or conditions are excluded to the fullest extent permitted by law.

If you endorse on the delivery note that goods are unexamined and within 3 days of delivery notify us in writing of any defects we may, after inspecting the goods (and if we are satisfied that their condition has not deteriorated following delivery) at our discretion repair or replace the defective goods, or take them back and refund the price.

You undertake to indemnify and hold us harmless from and against all liabilities, losses, damages, costs, charges, expenses (including without limitation legal fees and expenses on a full indemnity basis), actions, proceedings, claims and demands incurred by or brought against us:
- arising directly or indirectly out of or in connection with any breach of any of your obligations contained in the agreement and will not be entitled to be reimbursed for them on the part of any of your officers, employees or agents in relation to the goods; or
- resulting from our acting reasonably in accordance with your instructions (including, without limitation, any claim from a third party that we have infringed any intellectual property rights in the work carried out).

Our products may not be suitable for use with all liquids, for all filling or dispensing conditions. We cannot and do not therefore warrant that our products will be fit or suitable for the intended application. It is recommended that you satisfy yourself that the liquid to be dispensed is compatible both with the raw materials from which our products are made as well as the products themselves. Prior to introducing the use of our products to a commercial application, you should conduct all appropriate tests to identify and prevent problems arising from use of our products under the proposed conditions, temperature changes and other relevant factors. You should also verify that the fit of the product to its container is satisfactory, that the product is compatible with filling conditions, that the flow rate and flow characteristics of the product meet your requirements and that the product is suitable for the expected distribution and storage conditions. For the avoidance of doubt, we accept no liability whatsoever for any loss or damage, injury or death caused as a result of your failure to observe any of the aforementioned precautions.

**6.   DELIVERY OR COLLECTION**

We are to use reasonable endeavours to have the goods ready when agreed, but this is only an estimate of the delivery or collection date. You can only refuse to accept delivery after that date if
- after the date of our acknowledgement of your order you have sent us a written notice specifying a reasonable deadline for delivery, and
- we have specifically accepted that deadline date in writing.

Where we are delivering goods to you, you are responsible for unloading them. Where you fail to take delivery or collect goods in accordance with the agreement, you must pay on demand our storage and additional carriage costs.

You have no right to reject goods if they vary from the specification and that variation is not material to their use or functionality or is a variation in quantity which is within 10% of the quantity ordered (but we will in this case adjust the price to take account of the variation).

**7.   PACKAGING**

We decide the appropriate method of packaging. Packages and wrappers are free and non-returnable.

We charge you for cases but refund that charge when you return them in cases to us in good condition.

Pallets, carboys and any other packaging identified in the acknowledgement as belonging to us remain our property and must be returned to us within one month of delivery. If not we will invoice you for their replacement cost.

**8.   CUSTOMER APPROVALS**

Where we supply proofs, printing details, artwork or other specimens for you to approve as complying with your order you must do so promptly and in writing. You are not responsible for any delay caused by your failure to supply the approval within the time you approve. We are not responsible for any errors which you do not identify in writing at the time you give your approval.

All prices you give us for printing are made subject to our receiving suitable copy matter, and are on the basis that we can use our standard range of inks and colours. Any deviations may result in an extra charge being made.

**9.   PASSING OF RISK AND TITLE**

The goods are at your risk
- when you load them onto the collection vehicle, if you are collecting them yourself; or
- when you start unloading them at the delivery address, if we are responsible for delivery; or
- from the agreed time for delivery or collection if you fail to accept delivery or collect the goods as agreed.

The goods do not belong to you until we have received payment of the price and additional payments due in full. Until then
- we, our servants or our fiduciary agent, must clearly identify the goods (and any new product into which they are incorporated) as our property, and keep it properly stored and insured and
- we may enter your premises at any time to repossess the goods if you fail to pay the price and other payments when due or we reasonably believe that you will not be able to pay the price and other payments when due.

**10.   TERMINATION**

Either of us may terminate this agreement immediately on written notice if the other is in serious breach of any of its obligations and has not put right the breach (if it does not right within 21 days of receiving notice to do so. On termination any then existing clause which either of us has against the other remain in force.

We may terminate this agreement immediately on notice if we reasonably believe you will not be able to pay the price or other payments when due and in that event have no further liabilities under the agreement.

**11.   LIABILITY**

Samples, descriptions, illustrations, forecasts, brochures and other literature we may have supplied show only the general character of the goods and must not be relied on.

We do not seek to exclude or restrict our liability for death or personal injury caused by our (i) negligence or (ii) fraud.

Where we or our employees or agents negligently damage your property when delivering goods, our total liability to you in respect of an event or series of connected events is limited to £500,000.

In respect of any other claims our liability is limited, to the maximum extent permitted by law, to an amount equal to the loss or damage up to the amount of the price paid for the goods giving rise to the claim.

We have no liability (directly or indirectly) for loss of business, revenue, opportunity, profits, anticipated savings or wasted expenditure, corruption or destruction of computer data or for any indirect or consequential loss whatsoever.

Neither of us is liable for any failure to fulfil our obligations to the other where such failure is due to circumstances beyond our reasonable control.

**12.   GENERAL**

No benefits are to be conferred on any third party by this agreement.

If part of this agreement is invalid or unenforceable that does not affect the remainder. Invalidity or unenforceability in one jurisdiction does not affect validity or enforceability in another.

Where you leave any of your property with us you do so at your own risk. You must pay on demand the cost of storing it and charges for our returning it to you, and we may charge you for our receipt for it.

No waiver by us of any breach of the contract by you shall be considered as a waiver of any subsequent breach of the same or any other provision.

We are to own all intellectual property created under this agreement. Where necessary you are to assign or procure the assignment of all such rights (including moral rights) to us.

Unless you object in writing, we may put your name and other details onto a computer directory. This will be only for our use and that of any other company within DS Smith Plc group worldwide.

This agreement and its subject matter are confidential and must not be disclosed to any person without our permission.

Provisions relating to warranties, limitation of liability, intellectual property, confidentiality and obligations on termination survive termination or expiration of the agreement.

English law governs the agreement. We both accept the jurisdiction of the English Courts. We may also bring proceedings against you in other jurisdictions.



## Worldwide Dispensers™

## DS Smith

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

# INVOICE

VAT: GB 521 8863 38

| Invoice Date: | Invoice No. |
| --- | --- |
| 19 Dec 2013 | 98779 |
| Despatch Note No. | Account No. |
| 98779 | HED02 |
| Sales Order No. | Despatch Date |
| S36628 | 19 Dec 2013 |

**Invoice To:**
HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE.,
BALTIMORE
MARYLAND 21211
U.S.A.

**Delivered To:**
HEDWIN CORPORATION
1700 W 41ST STREET
BALTIMORE
MARYLAND 21211
USA

| Transaction | Customer Order No. | Delivery Detail | Area |
| --- | --- | --- | --- |
| INVOICE | 140131 | SDV | 309 |

**TERMS: FOB UK PORT**

INCOTERMS 2010 APPLY TO THIS TRANSACTION

*********************************************************

WORLDWIDE DISPENSERS CERTIFIES THAT THE REFERENCED PRODUCT MEETS THE MANUFACTURING SPECIFICATION AS MUTUALLY AGREED UPON BY HEDWIN AND WORLDWIDE DISPENSERS. ALL PRODUCT QUALIFICATION DATA IS ON FILE AND AVAILABLE FOR REVIEW.

**TARIFF CODE FOR TAPS: 8481.80.5090**

*********************************************************

**94 CARTONS GW 1057.50 KG NW 963.50 KG KG VOLUME 9.0843 M3**

Customer VAT Registration Number - D00090704

| Product Code | Description of Goods | Quantity | Desp Ref | Qty to Follow | Price Per | Units | Discounts | VAT Code | Nett Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 253406 | 8C/US/STD+38WSR/US SEALED IN BAG<br>8mm CUBITAINER USA SEALED IN BAG | 75200.0000 | | 1724800.0000 | 0.4689 | EACH | | Z | 35,261.28 |

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001

These goods are of EU origin, manufactured by us, certified true and correct.
www.worldwide-dispensers.com

DS Smith Plastics Limited Registered in England and Wales No 526740 Registered Office: 350 Euston Road, London, NW1 3AX
Page 1 of 2



## Worldwide Dispensers™

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

# INVOICE

VAT: GB 521 8863 38

| | | | |
|---|---|---|---|
| Invoice Date: | 19 Dec 2013 | Invoice No. | 98779 |

**Invoice To:**
HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE.,
BALTIMORE
MARYLAND 21211
U.S.A.

**Delivered To:**
HEDWIN CORPORATION
1700 W 41ST STREET
BALTIMORE
MARYLAND 21211
USA

| Transaction | Customer Order No. | Delivery Detail | Area | Sales Order No. | Despatch Note No. | Despatch Date | Account No. |
|---|---|---|---|---|---|---|---|
| INVOICE | 140131 | SDV | 309 | S36628 | 98779 | 19 Dec 2013 | HED02 |

| Product Code | Description of Goods | Quantity | Desp Ref | Qty to Follow | Price Per | Units | Discounts | VAT Code | Nett Value |
|---|---|---|---|---|---|---|---|---|---|
| | NATURAL + STANDARD SPIGOT + 38mmS/R USA PACKED AND SEALED IN INDIVIDUAL BAGS FOR FOOD USE | | | | | | | | |
| | Your Stock Code: COM8801 | | | | | | | | |

**Totals for VAT Code Z 0.00%**

**Prices and Totals are in US Dollar**

| | | | |
|---|---|---|---|
| | Goods | 35,261.28 | **VAT** 0.00 |
| Settlement Discount | Goods Total | 35,261.28 | **VAT Total** 0.00 |
| | 0.00% | **Value** 0.00 | |

**Invoice Total** US$35,261.28

**Settlement Date** 17 Feb 2014

Signed on behalf of Worldwide Dispensers Ltd.

These goods are of EU origin, manufactured by us, certified true and correct.
www.worldwide-dispensers.com

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001

DS Smith Plastics Limited Registered in England and Wales No: 5287740 Registered Office: 350 Euston Road, London, NW1 3AX

Page 2 of 2

# WORLDWIDE DISPENSERS – STANDARD SALES CONDITIONS

## 1. INTRODUCTION

"We" are Worldwide Dispensers, a part of DS Smith Plastics Ltd and "you" are anyone to whom we are supplying goods. DS Smith Plastics Ltd is registered in England and Wales with company number 326740 and our registered office is at 350 Easton Road, London, NW1 3AX.

We have provided an acknowledgement of our agreement to make that supply. That acknowledgement incorporates these supply conditions (except where they are specifically amended in the acknowledgement) and any incidental services: if not, our standard

- the price agreed
- a specification will apply
- the delivery or collection details.

That is the whole of our agreement for this supply and supersedes any previous agreement we may have had in relation to it. No variation to the agreement is valid unless it is in writing and is signed by authorised representatives of both of us.

By placing an order with us, you are deemed to accept that these conditions shall apply to and govern any contract between us to the exclusion of all other terms and conditions (including any terms or conditions which you purport to apply under any purchase order, confirmation of order or other correspondence or documentation).

We are responsible for making the supply to you but we may arrange to do so through agents or subcontractors.

You must not assign the benefit of the agreement without our prior written consent, which will not be unreasonably withheld.

## 2. CANCELLATION AND VARIATION

You may cancel your order at any time before the supply is made. If you do, you are to pay us an amount to cover the reasonable costs of work we have done as well as we have done the agreement, all costs we have incurred and any costs we are committed to pay, and our loss of profit.

If you ask us to vary your order and agree with us an appropriate variation to the price and to the time scale for delivery, we agree to make that supply in accordance with those variations. We may vary the price by an amount sufficient to cover any significant increase in the cost of materials or other costs we incur to fulfil your order. We may also substitute suitable alternative materials for any referred to in our acknowledgement which are not available or, if for suitable materials are available, advise you of the estimated delay in fulfilling your order. If we are unable to fulfil your order within a reasonable time due to materials being unavailable for reasons beyond our reasonable control, we may cancel the order with no further obligation to you.

## 3. PRICE

Unless otherwise stated you are to pay, in addition to the agreed price:

- the cost of packaging, carriage and insurance
- applicable VAT and any other tax imposed on the supply
- the cost of any artwork, photographic and printing stereos, the cost of tooling specifically required and the cutting costs

## 4. PAYMENT

We will invoice you once the goods have been manufactured. You are to pay the invoice within 30 days without set-off or counterclaim. If you have a claim against us, you must notify us of it promptly and make all reasonable efforts to resolve the dispute amicably.

We are not obliged to supply any further goods or services to you while any payment is overdue on this or any other agreement we may have with you.

If any payment is late we may charge you interest at the rate of 3% above the base rate from time to time of the NatWest Bank on any overdue payment from the due date for payment until the date payment is made and charge you for all costs we incur in recovering the outstanding payment.

We may set off any sums owed by you to us against any sums owed by you to you.

## 5. WARRANTY AND DEFECTS

We warrant to you that the goods will be, at the time of delivery and only for the next 6 months, free from material defects due to faulty workmanship and materials and that any services will be provided with reasonable skill and care so long as:

- you give us full details of any defect immediately it becomes apparent
- the goods have not, in our view, suffered excess wear and tear or been the part of your officers, employees or agents in relation to the goods; or
- careless use or storage, excessive stressing, improper installation, or the like.

All implied warranties or conditions are excluded to the fullest extent permitted by law.

If you, endorse on the delivery note that goods are unexamined and within 3 days of delivery notify us in writing of any defects we may, after inspecting the goods (and if we are satisfied that their condition has not deteriorated following delivery) at our discretion repair or replace the defective goods, or take them back and refund the price.

You undertake to indemnify and hold us harmless from and against all liabilities, losses, damages, costs, charges, expenses, proceedings, claims and demands incurred by or on a (all which) there is, satisfies, proceedings, claims and demands incurred by or brought against us:

- arising directly or indirectly out of or in conjunction with any breach of any of your officers, employees or agents in relation to the goods; or
- with a commercial application, you should conduct appropriate dimensional changes, resulting from our acting reasonably in accordance with your instructions (including, without limitation, any claim from a third party that have infringed any intellectual property rights in the work carried out).

Our products may not be suitable for use with all liquids, for all filling or dispensing conditions. You cannot and do not therefore warrant that our products will be fit or suitable for the intended use in particular. It is recommended that you satisfy yourself that the liquid to be dispensed is suitable both with the raw materials from which our products are made as well as the products themselves. Prior to introducing the use of our products to a commercial application, you should conduct appropriate dimensional changes, present them) these items as cracking, dimensional changes, chemical attack, changed mechanical properties, the effect of temperature and temperature changes and other relevant factors. You should also verify that the product is fit to container it is satisfactory, that the product is compatible with filling conditions, that the flow rate and flow characteristics of the product meet your requirements and that the product is suitable for the expected distribution and storage conditions. For the avoidance of doubt, in no case will our liability whatsoever for any damage, injury or death caused as a result of your failure to observe any of the aforementioned precautions.

## 6. DELIVERY OR COLLECTION

We are to make reasonable endeavours to have the goods ready when agreed, but this is only an estimate of the delivery or collection date. You can only refuse to accept delivery after that date if:

- after the period of your acknowledgement of your order you have sent us a written notice specifying a deadline date in writing, and
- we have specifically accepted that deadline date in writing.

Where we are delivering goods to you, you are responsible for unloading them. Where you fail to take delivery or collect goods in accordance with the agreement, you must pay on demand our storage and additional carriage costs.

You have no right to reject goods if they vary from the specification and that variation is immaterial or they vary or some functionality or is a variation in quantity which is within 5% of the quantity ordered (but we will in this case adjust the price to take account of the variation).

## 7. PACKAGING

We decide the appropriate method of packaging. Packages and wrappers are free and non-returnable.

We charge you for cases but refund that charge when you return them the cases to us in good condition.

Pallets, carboys and any other packaging identified in the acknowledgement as belonging to us remain our property and must be returned to us within one month of delivery. If not we will invoice you for their replacement cost.

## 8. CUSTOMER APPROVALS

Where we supply proofs, printing details, artwork or other specimens for you to approve as a sample with your order you must do so promptly and in writing. We are not responsible for any delay you cause. Our obligation is to supply the goods in the form you approve. We are not responsible for any errors which you do not identify in writing at the time you give your approval.

All prices we give you for printing are made subject to our receiving suitable copy matter and/or film. We reserve the right to make a small charge for any standard range of the colours. Any deviations may result in an extra charge being made.

## 9. PASSING OF RISK AND TITLE

The goods are at your risk

- as soon as you start loading them onto the collection vehicle, if you are collecting them or
- when you start unloading them at the delivery address, if we are responsible for delivery or
- from the agreed time for delivery or collection if you fail to accept delivery or to collect the goods as agreed.

The goods do not belong to you until we have received payment of the price and any additional payments due in full. Until then:

- you hold the goods as our fiduciary agent, must clearly identify the goods (and if they have been incorporated) as our property, and keep them properly stored and insured and
- we may enter your premises at any time to repossess the goods (if you fail to pay the price and other payments when due or we reasonably believe that you are not able to pay the price and other payments when due.

## 10. TERMINATION

Either of us may terminate this agreement immediately on written notice if the other commits any fundamental breach of its obligation and cannot put it right or does not put it right within 21 days of receiving notice to do so. On termination any then existing liability of which either of us has against the other remain in force.

We may terminate this agreement immediately on notice if we reasonably believe you may not be able to make any payments when due and in that event we have no further liabilities under the agreement.

## 11. LIABILITIES

Samples, descriptions, illustrations, forecasts, brochures and other literature we may supply describe only the general character of the goods and must not be relied on.

We do not seek to exclude or restrict our liability for death or personal injury caused by our (i) negligence or (ii) fraud.

Where we or our employees or agents negligently damage your property where delivered goods, our total liability to you in respect of an event or series of connected events limited to £500,000.

In respect of any other claims our liability is limited, to the maximum extent permitted by law, to any direct loss or damage up to the amount of the price paid for the goods giving rise to the claim.

We have no liability (directly or indirectly) for loss of business, revenue, opportunity or profits, anticipated savings or wasted expenditure, corruption or destruction of complete data or for any indirect or consequential loss whatsoever.

Neither of us is liable for any failure to fulfil our obligations to the other where failure is due to circumstances beyond our reasonable control.

## 12. GENERAL

No benefits are conferred on any third party by this agreement.

If part of this agreement is invalid or unenforceable then that does not affect the remaining invalidity or unenforceability in one jurisdiction does not affect validity or enforceability in another.

Where you leave any of your property with us you do so at your own risk. You must retain receipt for it.

No waiver by us of any breach of the contract by you shall be considered as a waiver of any subsequent breach of the same or any other provision.

We are to own all intellectual property created under this agreement. Where necessary you are to assign or procure the assignment of all such rights (including moral rights) to us.

Unless you object in writing, we may put your name and other details onto a computer directory. This will be only for use of that and of any other company within DS Smith Plc group worldwide.

This agreement and its subject matter are confidential and must not be disclosed to person without our permission.

Provisions relating to warranties, limitation of liability, intellectual property, confidentiality and obligations on termination survive termination or expiration of the agreement.

English law governs the agreement. We both accept the jurisdiction of the English Courts. We may bring proceedings against you in other jurisdictions.

# DS Smith Plastics

## Worldwide Dispensers

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

## INVOICE

VAT: GB 521 8863 38

| Invoice No. | Account No. |
|---|---|
| 98424 | HED02 |

| Invoice Date: | Despatch Date |
|---|---|
| 24 Oct 2013 | 24 Oct 2013 |

| Despatch Note No. | |
|---|---|
| 98424 | |

**Invoice To:**
HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE.,
BALTIMORE
MARYLAND 21211
U.S.A.

**Delivered To:**
HEDWIN CORPORATION
1700 W 41ST STREET
BALTIMORE
MARYLAND 21211
USA

| Transaction | Customer Order No. | Delivery Detail | Area | Sales Order No. |
|---|---|---|---|---|
| INVOICE | 139853 | SDV | 309 | S36447 |

**TERMS: FOB UK PORT**
**INCOTERMS 2010 APPLY TO THIS TRANSACTION**
*********************************************************

**WORLDWIDE DISPENSERS CERTIFIES THAT THE REFERENCED PRODUCT MEETS THE
MANUFACTURING SPECIFICATION AS MUTUALLY AGREED UPON BY HEDWIN AND
WORLDWIDE DISPENSERS. ALL PRODUCT QUALIFICATION DATA IS ON FILE AND
AVAILABLE FOR REVIEW.**
**TARIFF CODE FOR TAPS: 8481.80.5090**
*********************************************************

**13 CARTONS GW 146.25 KG NW 133.25 KG VOLUME 12.264 M3**
Customer VAT Registration Number - D00090704

| Product Code | Description of Goods | Quantity | Desp Ref | Qty to Follow | Price Per | Units | Discounts | VAT Code | Nett Value |
|---|---|---|---|---|---|---|---|---|---|
| 200401 | 38mm S/R USA WHITE 38mm SCREW RING USA | 41600.0000 | | | 0.0597 | EACH | | Z | 2,483.52 |

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001

Page 1 of 2

These goods are of EU origin, manufactured by us, certified true and correct.
**www.worldwide-dispensers.com**

D S SMITH PLASTICS LIMITED (company number 5267740), REGISTERED IN ENGLAND AND WALES WITH ITS REGISTERED OFFICE AT BEECH HOUSE, WHITEBROOK PARK, 68 LOWER COOKHAM ROAD, MAIDENHEAD SL6 8XY.

# DSSmithPlastics

## Worldwide Dispensers

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

# INVOICE

VAT: GB 521 8863 38

**Invoice To:**
HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE.,
BALTIMORE
MARYLAND 21211
U.S.A.

**Delivered To:**
HEDWIN CORPORATION
1700 W 41ST STREET
BALTIMORE
MARYLAND 21211
USA

| | Invoice Date: | | Invoice No. | |
| --- | --- | --- | --- | --- |
| | 24 Oct 2013 | | 98424 | |
| Transaction | Customer Order No. | Area | Despatch Note No. | Despatch Date | Account No. |
| INVOICE | 139853 | 309 | 98424 | 24 Oct 2013 | HED02 |
| Product Code | Description of Goods | Delivery Detail | Sales Order No. | Despatch Date | Nett Value |

| Transaction | Customer Order No. | Area | Despatch Note No. | Despatch Date | Account No. |
| --- | --- | --- | --- | --- | --- |
| INVOICE | 139853 | 309 | 98424 | 24 Oct 2013 | HED02 |

| Product Code | Description of Goods | Delivery Detail | Quantity | Desp Ref | Qty to Follow | Units | Price Per | Discounts | VAT Code | Nett Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | WHITE | SDV | | | | | | | | |
| | FOR FOOD USE | | | | | | | | | |
| | Your Stock Code: COM0949 | | | | | | | | | |

**Totals for VAT Code Z 0.00%**

**Prices and Totals are in US Dollar**

Sales Order No. S36447

| | Goods | 2,483.52 | **VAT** | 0.00 |
| --- | --- | --- | --- | --- |
| | **Goods Total** | 2,483.52 | **VAT Total** | 0.00 |
| Settlement Discount | 0.00% | | **Value** | 0.00 |

| | | **Invoice Total** | US$2,483.52 |
| --- | --- | --- | --- |
| | | **Settlement Date** | 23 Dec 2013 |

Signed on behalf of Worldwide Dispensers Ltd.

These goods are of EU origin, manufactured by us, certified true and correct.
www.worldwide-dispensers.com

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001

D S SMITH PLASTICS LIMITED (company number 5267740), REGISTERED IN ENGLAND AND WALES WITH ITS REGISTERED OFFICE AT BEECH HOUSE, WHITEBROOK PARK, 68 LOWER COOKHAM ROAD, MAIDENHEAD SL6 8XY.

Page 2 of 2

# WORLDWIDE DISPENSERS – STANDARD SALES CONDITIONS

## 1. INTRODUCTION

"We" are Worldwide Dispensers, a part of DS Smith Plastics Ltd and "you" are anyone to whom we are supplying goods. DS Smith Plastics Ltd is registered in England and Wales with company number 5267740 and our registered office is at 350 Euston Road, London, NW1 3AX.

We have provided an acknowledgement of our agreement to make that supply. That acknowledgement incorporates these supply conditions (except where they are specifically amended in the acknowledgement) and:
- a specification of the goods and any incidental services: if not, our standard specification will apply
- the price agreed
- the delivery or collection details.

That is the whole of our agreement for this supply and supersedes any previous agreement we may have had in relation to it. No variation to the agreement or these conditions it is in writing and is signed by authorised representatives of both of us.

By placing an order with us, you are deemed to accept that these conditions shall apply to any goods and any terms or conditions which you purport to apply under any purchase order, confirmation of order or other correspondence or documentation).

We are responsible for making the supply to you but we may arrange to do so through agents or subcontractors.

## 2. CANCELLATION AND VARIATION

You may cancel your order at any time before the supply is made. If you do, you are to pay us on demand any reasonable costs that we have incurred up to that point at work we have done under the agreement, all costs we have incurred and any costs we are committed to pay, and our loss of profit.

If you ask us to vary your order and agree with us an appropriate variation to the price and to the time scale for delivery, we agree to make the supply in accordance with those variations. We may vary the price by an amount sufficient to cover any significant increase in the cost of materials or other costs we incur to fulfil your order. We may also substitute suitable alternative materials for any referred to in our acknowledgement which are not available, or if we consider them available, advise you of the estimated delay in fulfilling your order. If we are unable to fulfil your order within a reasonable time due to materials being unavailable for reasons beyond our reasonable control, we may cancel the order with no further obligation to you.

## 3. PRICE

Unless otherwise stated you are to pay, in addition to the agreed price:
- applicable VAT and any taxes imposed on the supply
- the cost of packaging, carriage and insurance
- the cost of any artwork, origination and printing screens, the cost of tooling specifically required and die cutting costs

## 4. PAYMENT

We will invoice you once the goods have been manufactured. You are to pay the invoice within 30 days unless we otherwise agreed. If you have a claim against us, you must notify us if it promptly and make all reasonable efforts to resolve the dispute amicably.

We are not obliged to supply any goods or services to you while any payment is overdue on this or any other agreement we may have with you.

If any payment is late we may charge you interest at the rate of 3% above the base rate from time to time of the NatWest Bank on any overdue payment from the due date for payment until the date payment is made and charge you for all costs we incur in recovering the outstanding payment.

We may set off any sums owed by you to us against any sums owed by us to you.

## 5. WARRANTY AND DEFECTS

We warrant to you that the goods will be, at the time of delivery and only for the next 6 months, free from material defects due to faulty materials, faulty workmanship and that any services will be provided with reasonable skill and care so long as:
- you give us full details of any defect immediately it becomes apparent
- the goods have not, in our view, suffered excess wear and tear by improper or careless use or misuse, excessive stress, improper installation, or the like.

All implied warranties or conditions are excluded to the fullest extent permitted by law.

If you endorse on the delivery note that goods are uncustomed and within 3 days of delivery notify us in writing of any defects we may, after inspecting the goods (and if we are satisfied that their condition has not deteriorated following delivery) at our discretion repair or replace the defective goods, or take them back and refund the price.

You undertake to indemnify and hold us harmless from and against all liabilities, losses, damages, costs, charges, expenses (including without limitation legal fees and expenses on a full indemnity basis), actions, proceedings, claims and demands incurred by or brought against us:
- arising directly or indirectly out of or in connection with any breach of any of your obligations under this agreement and/or out of any inspection or use of the goods on the part of any of your officers, employees or agents in relation to the goods; or
- resulting from our acting reasonably in accordance with your instructions (including, without limitation, any claim that a third party that we have infringed any intellectual property rights in the work carried out).

Our products may not be suitable for use with all liquids, for all filling or dispensing conditions. We cannot and do not therefore warrant that our products will be fit or suitable for the intended application. It is recommended that you satisfy yourself that the liquid to be dispensed is compatible with the materials from which our products are made as well as the products themselves. Prior to introducing any of our products to a commercial application, you should conduct all appropriate tests to identify and prevent problems resulting from environmental stress cracking, dimensional changes, chemical attack, changed mechanical properties, the effect of temperature and temperature changes and other relevant factors. You should also verify that the fit of the product to the container is satisfactory, that the product is compatible with filling conditions, that the flow rate and flow characteristics of the product meet your requirements and that the product is suitable for the expected distribution and storage conditions. For the avoidance of doubt we do not accept any liability for any loss or damage, injury or death caused as a result of your failure to observe any of the aforementioned precautions.

## 6. DELIVERY OR COLLECTION

We are to use reasonable endeavours to have the goods ready when agreed, but this is only an estimate of the delivery or collection date. You may only refuse to accept delivery after that date if:
- *after* the date of our acknowledgement of your order you have sent us a written notice specifying a time by which delivery must be made and that deadline has passed
- we have specifically accepted that deadline in writing.

Where we are delivering goods to you, you are responsible for unloading them. Where you fail to take delivery or collect goods in accordance with the agreement, you must pay on demand our storage and additional carriage costs.

You have no right to reject goods if they vary from the specification and that variation is not material to their use or function. If the variation is such that you are entitled to reject part of the quantity ordered (but we will in this case adjust the price to take account of the variation).

## 7. PACKAGING

We decide the appropriate method of packaging. Packages and wrappers are free and non-returnable.

We charge you for cases but refund that charge when you return the cases to us in good condition.

## 8. CUSTOMER APPROVALS

Where we supply proofs, printing details, artwork or other specimens for you to approve as complying with your order you must do so promptly and in writing. We are not responsible for any delay you cause. Our obligation is to provide goods in the form you approve. We are not responsible for any errors which you do not identify in writing at the time you give your approval.

All proofs we give you for printing are made subject to our receiving suitable copy matter, and are checked for the best we can and against a standard range of ink colours. Any deviation may result in an extra charge being made.

## 9. PASSING OF RISK AND TITLE

The goods are at your risk:
- when you start loading them onto the collection vehicle, if you are collecting them or
- when you start unloading them at the delivery address, if we are responsible for delivery or
- from the agreed time for delivery or collection if you fail to accept delivery or collect the goods as agreed.

The goods do not belong to you until we have received payment of the price and additional payments due in full. Until then
- you hold the goods as our fiduciary agent, must clearly identify the goods (and any new product into which they are incorporated) as our property, and keep (all properly stored and insured and
- we may enter your premises at any time to repossess the goods if you fail to pay us any sum due, and if we reasonably believe that you will not be able to pay the price and other payments when due.

We may terminate this agreement immediately on notice if we reasonably believe that you will not be able to pay the price or other payments when due and in that event have no further liabilities under the agreement.

## 10. TERMINATION

Either of us may terminate this agreement immediately on written notice if the other directory. This will be breach of an obligation and cannot put it right or does not put it right within 21 days of receiving notice to do so. On termination any then existing accrued liabilities of us has against the other remain in force.

## 11. LIABILITIES

Samples, illustrations, forecasts, brochures and other literature we may have supplied show only the general character of the goods and must not be relied on.

We do not seek to exclude or restrict our liability for death or personal injury caused our (i) negligence or (ii) fraud.

Where we or our employees or agents negligently damage your property when delivery goods, our total liability to you in respect of an event or series of connected events limited to £500,000.

In respect of any other claims our liability is limited, to the maximum extent permitted by law, to the price paid for the goods giving rise to the claim.

We have no liability (directly or indirectly) for loss of business, revenue, opportunity, profits, anticipated savings or wasted expenditure, corruption or destruction of computer data or for any indirect or consequential loss whatsoever.

Neither of us is liable for any failure to fulfil our obligations to the other where such failure is due to circumstances beyond our reasonable control.

## 12. GENERAL

No benefits are to be conferred on any third party by this agreement.

If part of this agreement is invalid or unenforceable that does not affect the remainder invalid or unenforceability in one jurisdiction does not affect validity or enforceability in another.

Where you leave any of your property with us you do so at your own risk. You must get receipt for it.

No waiver by us of any breach of the contract by you shall be considered as a waiver of any subsequent breach of the same or any other provision.

We are to own all intellectual property created under this agreement. Where necessary you are to assign or procure the assignment of all such rights (including moral rights to us.

Unless you object in writing, we may put your name and other details into a computerised record which will be used only for our use and that of any other company within DS Smith Plc group worldwide.

This agreement and its subject matter are confidential and must not be disclosed to any person without our permission.

Provisions relating to warranties, liability, intellectual property, confidentiality and obligations on termination survive termination or expiration of the agreement.

English law governs this agreement. We both accept the jurisdiction of the English Courts. We may also bring proceedings against you in other jurisdictions.

DSSmithPlastics

Worldwide Dispensers

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

# INVOICE

VAT: GB 521 8863 38

| | Invoice No. |
|---|---|
| | 98423 |

| Invoice Date: | Despatch Note No. | Despatch Date | Account No. |
|---|---|---|---|
| 24 Oct 2013 | 98423 | 24 Oct 2013 | HED02 |

**Invoice To:**
HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE.,
BALTIMORE
MARYLAND 21211
U.S.A.

**Delivered To:**
HEDWIN CORPORATION
1700 W 41ST STREET
BALTIMORE
MARYLAND 21211
USA

| Transaction | Customer Order No. | Delivery Detail | Area | Sales Order No. |
|---|---|---|---|---|
| INVOICE | 139973 | SDV | 309 | S36501 |

**TERMS: FOB UK PORT**

INCOTERMS 2010 APPLY TO THIS TRANSACTION

*********************************************

WORLDWIDE DISPENSERS CERTIFIES THAT THE REFERENCED PRODUCT MEETS THE
MANUFACTURING SPECIFICATION AS MUTUALLY AGREED UPON BY HEDWIN AND
WORLDWIDE DISPENSERS. ALL PRODUCT QUALIFICATION DATA IS ON FILE AND
AVAILABLE FOR REVIEW.

TARIFF CODE FOR TAPS: 8481.80.5090

*********************************************

**4 CARTONS GW 63 KG NW 59 KG VOLUME 0.386 M3**

Customer VAT Registration Number - D000090704

| Product Code | Description of Goods | Quantity | Qty to Follow | Desp Ref | Price Per | Units | Discounts | VAT Code | Nett Value |
|---|---|---|---|---|---|---|---|---|---|
| 258446 | 12SFWR/NW+BIP+38WR+W | 4000.0000 | | D000090704 | 0.4532 | EACH | | Z | 1,812.80 |
| | 12mm SMOOTHFLOW Pe | | | | | | | | |
| | NAT/WHITE+BLUE PLUG | | | | | | | | |

These goods are of EU origin, manufactured by us, certified true and correct.
www.worldwide-dispensers.com

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001

Page 1 of 2

D S SMITH PLASTICS LIMITED (company number 5287740), REGISTERED IN ENGLAND AND WALES WITH ITS REGISTERED OFFICE AT BEECH HOUSE, WHITEBROOK PARK, 68 LOWER COOKHAM ROAD, MAIDENHEAD SL6 8XY.

**DS Smith Plastics**

**Worldwide Dispensers**

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

# INVOICE

VAT: GB 521 8863 38

Invoice To:
HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE.,
BALTIMORE
MARYLAND 21211
U.S.A.

Delivered To:
HEDWIN CORPORATION
1700 W 41ST STREET
BALTIMORE
MARYLAND 21211
USA

| | Invoice Date: | | | Invoice No. | |
|---|---|---|---|---|---|
| | 24 Oct 2013 | | | 98423 | |
| Transaction | Customer Order No. | Delivery Detail | Area | Sales Order No. | Despatch Date | Account No. |
| INVOICE | 139973 | SDV | 309 | S36501 | 24 Oct 2013 | HED02 |
| Product Code | Description of Goods | Quantity | Desp Ref | Qty to Follow | Price Per | Units | Discounts | VAT Code | Nett Value |

+38mm S/RING USA WTE
+ WASHER
FOR FOOD USE
Your Stock Code: COM434

| | | Goods | 1,812.80 | VAT | 0.00 |
|---|---|---|---|---|---|
| Totals for VAT Code Z 0.00% | | Goods Total | 1,812.80 | VAT Total | 0.00 |
| Prices and Totals are in US Dollar | | 0.00% | Value | 0.00 | |
| Settlement Discount | | | | | |

Despatch Note No.  98423

Invoice Total  US$1,812.80

Settlement Date  23 Dec 2013

Signed on behalf of Worldwide Dispensers Ltd.

These goods are of EU origin, manufactured by us, certified true and correct.
www.worldwide-dispensers.com

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001
D S SMITH PLASTICS LIMITED (company number 5267740), REGISTERED IN ENGLAND AND WALES WITH ITS REGISTERED OFFICE AT BEECH HOUSE, WHITEBROOK PARK, 68 LOWER COOKHAM ROAD, MAIDENHEAD SL6 8XY
Page 2 of 2

# WORLDWIDE DISPENSERS - STANDARD SALES CONDITIONS

## 1. INTRODUCTION

"We" are Worldwide Dispensers, a part of DS Smith Plastics Ltd and "you" are anyone to whom we are supplying goods. DS Smith Plastics Ltd is registered in England and Wales with company number 3267740 and our registered office is at 350 Easton Road, London, NW1 3AX.

We have provided an acknowledgement of our agreement to make that supply. That acknowledgement incorporates these supply conditions (except where they are specifically amended in the acknowledgement) and any incidental services: if not, our standard specification will apply
- a specification of the goods and any incidental services: if not, our standard specification will apply
- the price agreed
- the delivery or collection details.

That is the whole of our agreement for this supply and supersedes any previous agreement we may have had in relation to it. No variation to the agreement is valid unless it is in writing and is signed by authorised representatives of both of us.

By placing an order with us, you are deemed to accept that these conditions shall apply to govern any contract between us to the exclusion of all other terms and conditions (including any terms or conditions which you purport to apply under any purchase order, confirmation of order or other correspondence or documentation).

We are responsible for making the supply to you but we may arrange to do so through agents or subcontractors.

You must not assign the benefit of this supply and supersedes any previous which will not be unreasonably withheld.

## 2. CANCELLATION AND VARIATION

You may cancel your order at any time before the supply is made. If you do, you are to pay us on demand any reasonable costs or charges which we incur until at such as we have done under the agreement, all costs we have incurred and any costs we are committed to pay, and our loss of profit.

If you ask us to vary your order and agree with us an appropriate variation to the price and in the time scale for delivery, we agree to make the supply in accordance with those variations. We may vary the price, by an amount sufficient to cover any significant increase in the cost of materials or other costs we incur to fulfil your order. We may also substitute suitable alternative materials for any referred to in our acknowledgement which are not available or, if no suitable materials are available, advise you of the estimated delay in fulfilling your order. If we are unable to fulfil your order within a reasonable time due to materials being unavailable for reasons beyond our reasonable control, we may cancel the order with no further obligation to you.

## 3. PRICE

Unless otherwise stated you are to pay, in addition to the agreed price:
- applicable VAT and any other tax imposed on the supply
- the cost of packaging, carriage and insurance
- the cost of any delivery and return
- the cost of any tooling specifically required and die cutting costs

## 4. PAYMENT

We will invoice you once the goods have been manufactured. You are to pay the invoice in full, without set-off or counterclaim, if you have a claim against us, you must notify us if previously and make all reasonable efforts to resolve the dispute amicably.

We are not obliged to supply any goods or services to you while any payment is overdue on this or any other agreement we may have with you.

If any payment is late we may charge you interest at the rate of 3% above the base rate from time to time of the NatWest Bank on any overdue payment from the due date for payment until the date payment is made and charge you for all costs we incur in recovering the outstanding payment.

We may set off any sums owed by you to us against any sums owed by us to you.

## 5. WARRANTY AND DEFECTS

We warrant to you that the goods will be, at the time of delivery and only for the next 6 months, free from any material defect due to faulty materials, workmanship and that any services will be provided with reasonable skill and care so long as:
- you give us full details of any defect immediately it becomes apparent
- the goods have not, in our view, suffered excess wear and tear by improper or careless use or abnormal storage, excessive stressing, improper installation, or the like.

All implied warranties or conditions are excluded to the fullest extent permitted by law.

If you endorse on the delivery note that goods are unexamined and within 3 days of delivery notify us in writing of any defects we may, after inspecting the goods (and if we are satisfied that their condition has not deteriorated following delivery) at our discretion repair or replace the defective goods, or take them back and refund the price.

You undertake to indemnify and hold us harmless from and against all liabilities, losses, damages, costs, charges, expenses (including without limitation legal fees and expenses on a full indemnity basis), actions, proceedings, claims and demands incurred by or brought against us:
- arising directly or indirectly out of or in connection with any breach of any of your obligations and/or negligent act or omission and/or negligence on your part or on the part of any of your officers, employees or agents in relation to the goods; or
- resulting from our acting reasonably in accordance with your instructions (including, without limitation, any claim from a third party that we have infringed any intellectual property rights in the work carried out).

Our products may not be suitable for use with all liquids, for all filling or dispensing conditions. We cannot and do not therefore warrant that our products will be, fit or suitable for the intended application. It is recommended that you satisfy yourself that the liquid to be dispensed is compatible with the raw materials from which our products are made as well as the products themselves. Prior to introducing the use of our products to a commercial application, you should conduct all appropriate tests to identify and prevent problems resulting from environmental stress cracking, dimensional changes, chemical attack, changed mechanical properties, the effect of temperature and temperature changes and other relevant factors. You should also verify that the fit of the product to its container is satisfactory, that the product is compatible with filling conditions, that the flow rate and flow characteristics of the product meet your requirements and that the product is suitable for the expected distribution and storage conditions. Packages must be suitable to withstand any likelihood whatsoever for loss or damage, injury or death caused as a result of your failure to observe any of the aforementioned precautions.

## 6. DELIVERY OR COLLECTION

We are to use reasonable endeavours to have the goods ready when agreed, but this is only an estimate of the delivery or collection date. You can only refuse to accept delivery after that date if:
- after the date of our acknowledgement of your order you have sent us a written notice making time of the essence, and
- we have specifically accepted that deadline date in writing.

Where we are delivering goods to you, you are responsible for unloading them. Where you fail to take delivery or collect goods in accordance with the agreement, you must pay on demand our storage and additional carriage costs.

You have no right to reject goods if they vary from the specification and that variation is not material in nature or scale or is unlikely to cause any problems in use (provided if only 5% of the quantity ordered (but we will in this case adjust the price to take account of the variation).

## 7. PACKAGING

We decide the appropriate method of packaging. Packages and wrappers are free and non-returnable.

We charge you for cases but refund that charge when you return the cases to us in good condition.

Pallets, carboys and any other packaging identified in the acknowledgement as belonging to us remain our property and must be returned to us within one month of delivery. If not we will invoice you for their replacement cost.

## 8. CUSTOMER APPROVALS

Where we supply proofs, printing details, artwork or other specimens for you to approve as complying with your order these must do so only if you approve them in writing. We are not responsible for any errors which you do not identify in writing. We and not you give your approval. Our obligation is to supply the goods in the range of ink colours. For your approval. We are not responsible for any errors which you do not identify in writing at the time you give your approval.

All prices we give you for printing are made subject to our receiving suitable copy matter, and we give you the right to apply our standard range of ink colours. Any deviations may result in resulting from tape-being made.

## 9. PASSING OF RISK AND TITLE

The goods are at your risk
- from when you start loading them onto the collection vehicle, if you are collecting them or
- when you start unloading them at the delivery address, if we are responsible for delivery or
- from the agreed time for delivery or collection if you fail to accept delivery or collect the goods as agreed.

The goods do not belong to you until you have received payment of the price due and additional payments due in full. Until then:
- we can require you to return the goods to us and, if you do not, enter any premises to recover them and may, after inspecting the goods (and if we are satisfied that their condition has not deteriorated following delivery) at our discretion
- you hold the goods as our fiduciary agent, must clearly identify the goods (and any new product into which they are incorporated) as our property, and keep them properly stored and insured and
- we may enter your premises at any time to repossess the goods if you fail to pay the price and other payments when due or we reasonably believe that you will not be able to pay the price and other payments when due.

We may terminate this agreement immediately on notice if we reasonably believe you will not be able to pay the price or other payments when due and in that event have no further liabilities under the agreement.

## 10. TERMINATION

Either of us may terminate this agreement immediately on written notice if the other commits a material breach of any obligation and cannot put it right or does not put it right within 21 days of receiving notice to do so. On termination any then existing claim which either of us has against the other remain in force.

## 11. LIABILITIES

Samples, illustrations, forecasts, brochures and other literature we may supplied show only the general character of the goods and must not be relied on.

We do not seek to exclude or restrict our liability for death or personal injury caused by our negligence or (ii) fraud.

Where we or our employees or agents negligently damage your property where delivery goods, our total liability to you in respect of an event or series of connected events limited to £500,000.

In respect of any other claims our liability is limited, to the maximum extent permitted law, to the price paid for the goods or the amount of the payments due giving rise to the claim.

We have no liability (directly or indirectly) for loss of business, revenue, opportunity, profits, anticipated savings or wasted expenditure, corruption or destruction of computer data or for any indirect or consequential loss whatsoever.

Neither of us is liable for any failure to fulfil our obligations to the other where such failure is due to circumstances beyond our reasonable control.

## 12. GENERAL

No benefits are to be conferred on any third party by this agreement.

If part of this agreement is invalid or unenforceable that does not affect the remainder invalidity or unenforceability in one jurisdiction does not affect validity or enforceability in another.

Where you leave any of your property with us you do so at your own risk. You must get receipt for it.

No waiver by us of any breach of the contract by you shall be considered as a waiver of any subsequent breach of the same or any other provision.

We are to own all intellectual property created under this agreement. Where necessary you are to assign or procure the assignment of all such rights (including moral rights) PIc group worldwide.

Unless you object in writing, we may put your name and other details into a commercial register. This will be only for our use and that of any other company within DS Smith PIc group worldwide.

This agreement and its subject matter are confidential and must not be disclosed to any person without our permission.

Provisions relating to warranties, limitation of liability, intellectual property, confidentiality and obligations on termination survive termination or expiration of the agreement.

English law governs the agreement. We both accept the jurisdiction of the English Courts. We may also bring proceedings against you in other jurisdictions.

# D S Smith Plastics

## Worldwide Dispensers

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

# INVOICE

VAT: GB 521 8863 38

| Invoice Date: | Invoice No. |
| --- | --- |
| 24 Oct 2013 | 98422 |

| Despatch Date | Account No. |
| --- | --- |
| 24 Oct 2013 | HED02 |

**Invoice To:**
HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE.,
BALTIMORE
MARYLAND 21211

U.S.A.

**Delivered To:**

| Transaction | Customer Order No. | Delivery Detail | Area | Sales Order No. | Despatch Note No. |
| --- | --- | --- | --- | --- | --- |
| INVOICE | 139998 | SDV | 309 | S36517 | 98422 |

**TERMS: FOB UK PORT**

**INCOTERMS 2010 APPLY TO THIS TRANSACTION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**WORLDWIDE DISPENSERS CERTIFIES THAT THE REFERENCED PRODUCT MEETS THE
MANUFACTURING SPECIFICATION AS MUTUALLY AGREED UPON BY HEDWIN AND
WORLDWIDE DISPENSERS. ALL PRODUCT QUALIFICATION DATA IS ON FILE AND
AVAILABLE FOR REVIEW.**

**TARIFF CODE FOR TAPS : 8481.80.5090**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**6 CARTONS GW 78 KG NW 72 KG VOLUME 0.579 M3**

Customer VAT Registration Number - D00090704

| Product Code | Description of Goods | Quantity | Desp Ref | Qty to Follow | Price Per | Units | Discounts | VAT Code | Net Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 202015 | NUT 3/4"BSP BLACK | 21000.0000 | | | 0.1312 | EACH | | Z | 2,755.20 |
| | HDPe BLACK | | | | | | | | |

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001

These goods are of EU origin, manufactured by us, certified true and correct.
**www.worldwide-dispensers.com**

D S SMITH PLASTICS LIMITED (company number 5287740). REGISTERED IN ENGLAND AND WALES WITH ITS REGISTERED OFFICE AT BEECH HOUSE, WHITEBROOK PARK, 68 LOWER COOKHAM ROAD, MAIDENHEAD SL6 8XY.

Page 1 of 2

# DS Smith Plastics

## Worldwide Dispensers

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

## INVOICE

VAT: GB 521 8863 38

| Invoice Date: | 24 Oct 2013 | | Invoice No. | 98422 |
|---|---|---|---|---|
| | | Despatch Date | Account No. | |
| Despatch Note No. | 98422 | 24 Oct 2013 | HED02 | |

Invoice To:

HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE,
BALTIMORE
MARYLAND 21211
U.S.A.

Delivered To:

| Transaction | Customer Order No. | Delivery Detail | Area | Sales Order No. | |
|---|---|---|---|---|---|
| INVOICE | 139998 | SDV | 309 | S36517 | |
| Product Code | Description of Goods | Quantity | Desp Ref | Qty to Follow | Price Per | Units | Discounts | VAT Code | Net Value |

FOR FOOD USE
Your Stock Code: COM422

| | | | |
|---|---|---|---|
| Goods | 2,755.20 | **VAT** | 0.00 |
| **Goods Total** | 2,755.20 | **VAT Total** | 0.00 |

Totals for VAT Code Z 0.00%

Prices and Totals are in US Dollar

Settlement Discount 0.00%     **Value** 0.00

**Invoice Total** US$2,755.20

**Settlement Date** 23 Dec 2013

Signed on behalf of Worldwide Dispensers Ltd.

These goods are of EU origin, manufactured by us, certified true and correct.
www.worldwide-dispensers.com

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001
Page 2 of 2

D S SMITH PLASTICS LIMITED (company number 5287740), REGISTERED IN ENGLAND AND WALES WITH ITS REGISTERED OFFICE AT BEECH HOUSE, WHITEBROOK PARK, 68 LOWER COOKHAM ROAD, MAIDENHEAD SL6 8XY.

# WORLDWIDE DISPENSERS – STANDARD SALES CONDITIONS

## 1. INTRODUCTION

"We" and "Worldwide Dispensers" is a part of DS Smith Plastics Ltd and "you" are anyone to whom we are supplying goods. DS Smith Plastics Ltd is registered in England and Wales with company number 5267740 and our registered office is at 350 Euston Road, London, NW1 3AX.

We have provided an acknowledgement of our agreement to make that supply. That acknowledgement incorporates these supply conditions (except where they are specifically amended in the acknowledgement) and

- a specification of the goods and any incidental services; if not, our standard specification will apply
- the price agreed
- the delivery or collection details.

That is the whole of our agreement for this supply and supersedes any previous agreement we may have had in relation to it. No variation to the agreement is valid unless it is in writing and is signed by authorised representatives of both of us.

By placing an order with us, you are deemed to accept that these conditions shall apply to the agreement and any contract between us to the exclusion of all other terms and conditions (including any terms or conditions which you purport to apply under any purchase order, confirmation of order or other correspondence or documentation).

We are responsible for making the supply to you but we may arrange to do so through agents or subcontractors.

You must not assign the benefit of the agreement without our prior written consent, which will not be unreasonably withheld.

## 2. CANCELLATION AND VARIATION

You may cancel or vary the agreement if we supply in result. If you do, you are to pay us on demand a reasonable cancellation charge which takes into account all work we have done under the agreement, all costs we have incurred and any costs we are committed to pay, and our loss of profit.

If you ask us to vary your order and agree with us an appropriate variation to the price and to the time scale for delivery, we agree to make the supply in accordance with those variations. We may vary the price by an amount sufficient to cover any significant increase in the cost of materials or other costs we incur to fulfil your order. We may also substitute suitable alternative materials for any referred to in our acknowledgement which are not available or, if no suitable materials are available, advise you of the estimated delay in fulfilling your order. If we are unable to fulfil your order within a reasonable time due to materials being unavailable for reasons beyond our reasonable control, we may cancel the order with no further obligation to you.

## 3. PRICE

Unless otherwise stated you are to pay, in addition to the agreed price:
- applicable VAT and any tax that imposed on the supply
- the cost of packaging, carriage and insurance
- the cost of any artwork, origination and printing stereos, the cost of tooling specifically required and die cutting costs

## 4. PAYMENT

We will invoice you once the goods have been manufactured. You are to pay the invoice within 30 days of its date unless we have agreed otherwise. If you dispute an invoice, notify us of it promptly and make all reasonable efforts to resolve the dispute amicably.

We are not obliged to supply any goods or services to you while any payment is overdue on this or any other agreement we may have with you.

If any payment is late we may charge you interest at the rate of 3% above the base rate from time to time of the NatWest Bank on any overdue payment from the due date for payment until the date payment is made and charge you for all costs we incur in recovering the outstanding payment.

We may set off any sums owed by you to us against any sums owed by us to you.

## 5. WARRANTY AND DEFECTS

We warrant to you that the goods will be, at the time of delivery and only for the next 6 months, free from any manufacturing defect due to faulty materials and workmanship and any services will be provided with reasonable skill and care so long as:
- you give us full details of any defect immediately it becomes apparent
- the goods have not, in our view, suffered excess wear and tear by improper or careless use or storage, excessive stressing, improper installation, or the like.

All implied warranties or conditions are excluded to the fullest extent permitted by law.

If you, endorse on the delivery note that goods are unexamined and within 3 days of delivery notify us in writing of any defects we may, after inspecting the goods (and if we are satisfied that their condition has not deteriorated following delivery) at our discretion repair or replace the defective goods, or take them back and refund the price.

You undertake to indemnify and hold us harmless from and against all liabilities, losses, damages, costs and expenses, including without limitation all legal fees and expenses on a full indemnity basis), actions, proceedings, claims and demands incurred by or brought against us:
- arising directly or indirectly out of or in connection with any breach of your obligations under any contract or any wilful default or negligence on your part or on the part of any of your officers, employees or agents in relation to the goods; or
- resulting from our acting reasonably in accordance with your instructions (including, without limitation, any claim that a third party that we have infringed any intellectual property rights in the work carried out).

Our products may not be suitable for use with all liquids, for all filling or dispensing conditions. We cannot and do not therefore warrant that our products will be fit or suitable for your intended application. It is recommended that you satisfy yourself that the liquid to be dispensed is compatible both with the raw materials from which our products are made as well as the products themselves. Prior to introducing the use of our products be a commercial production run, you should conduct a suitable trial to verify and prevent problems resulting from environmental stress cracking, dimensional changes, chemical attack, changed mechanical properties, the effect of temperature and temperature change and other parameters associated factors. You should also verify that the fit of the product is satisfactory, that the product is compatible with filling conditions, that the flow rate and flow characteristics of the product meet your requirements and that the product is suitable for the expected distribution and storage conditions. For the avoidance of doubt, a third party which may take account of the damage, injury or death caused as a result of your failure to observe any of the aforementioned precautions.

## 6. DELIVERY OR COLLECTION

We are to make reasonable endeavours to have the goods ready when agreed, but this is only an estimate of the delivery or collection date. You can only refuse to accept delivery after that date if
- after the date of our acknowledgement of your order you have sent us a written notice specifying a deadline date and
- we have specifically accepted that deadline date in writing.

Where we are delivering goods to you, you are responsible for unloading them. Where you fail to take delivery or collect goods in accordance with the agreement, you must pay our demand our storage and additional carriage costs.

You have no right to reject goods if they vary from the specification and that variation is no material to the agreed use of the goods or it is a variation in quantity which is within 10% of the quantity ordered (but we will in this case adjust the price to take account of the variation).

## 7. PACKAGING

We decide the appropriate method of packaging. Packages and wrappers are free and non-returnable.

We charge you for cases but refund that charge when you return the cases to us in good condition.

Pallets, carboys and any other packaging identified in the acknowledgement as belonging to us remain our property and must be returned to us within one month of delivery. If not we will invoice you for their replacement cost.

## 8. CUSTOMER APPROVALS

Where we supply proofs, printing details, artwork or other specimens for you to approve as complying with your order you must do so promptly and in writing. We are not responsible for any delay you cause. Our obligation is to supply the goods in the form you approve. We are not responsible for any errors which you do not identify in writing at the time you give your approval.

All prices we give you for printing are made subject to our receiving suitable copy matter, and any price will be on the basis of the use of our standard range of ink colours. Any deviations may result in an extra charge being made.

## 9. PASSING OF RISK AND TITLE

The goods are at your risk
- when you load them onto the collection vehicle, if you are collecting them or
- when you start unloading them at the delivery address, if we are responsible for delivery or
- from the agreed time for delivery or collection if you fail to accept delivery or collect the goods as agreed.

The goods do not belong to you until we have received payment of the price and any additional payments due in full. Until then
- you hold the goods as our fiduciary agent, must clearly identify the goods (and any new product into which they are incorporated) as our property, and keep it properly stored and insured and
- we may enter your premises at any time to repossess the goods if you fail to pay the price and other payments when due or we reasonably believe that you will not be able to pay the price and other payments when due.

We may terminate this agreement immediately on notice if we reasonably believe you will not be able to pay the price or other payments when due and in that event have no further liabilities under the agreement.

## 10. TERMINATION

Either of us may terminate this agreement immediately on written notice if the other is in material breach of this agreement and (if the breach is capable of being remedied) has not remedied within 21 days of receiving notice to do so. On termination any then existing clause which either of us has against the other remain in force.

## 11. LIABILITIES

Samples, descriptions, illustrations, forecasts, brochures and other literature we may supplied show only the general character of the goods and must not be relied on.

We do not seek to exclude or restrict our liability for death or personal injury caused our (i) negligence or (ii) fraud.

Where we or our employees or agents negligently damage your property where deliver goods, our total liability to you in respect of an event or series of connected events limited to £500,000.

In respect of any other claims our liability is limited, to the maximum extent permitted law, to any direct loss or damage up to the amount of the price paid for the goods giving rise to the claim.

We have no liability (directly or indirectly) for loss of business, revenue, opportunity, profits, anticipated savings or wasted expenditure, corruption or destruction of comput data or for any indirect or consequential loss whatsoever.

Neither of us is liable for any failure to fulfil our obligations to the other where such failure is due to circumstances beyond our reasonable economic control.

## 12. GENERAL

No benefits are to be conferred on any third party by this agreement.

If part of this agreement is invalid or unenforceable that does not affect the remain directory or unenforceability in one jurisdiction does not affect validity or enforceabili in another.

Where you leave any of your property with us you do so at your own risk. You must g receipt for it.

No waiver by us of any breach of the contract by you shall be considered as a waiver any subsequent breach of the same or any other provision.

We are to own all intellectual property created under this agreement. Where necessa you are to assign or procure the assignment of all such rights (including moral rights) us.

Unless you object in writing, we may put your name and other details into a computer directory. This will be only for our use and that of any other company within DS Sm Plc group worldwide.

This agreement and its subject matter are confidential and must not be disclosed to a person without our permission.

Provisions relating to warranties, limitation of liability, intellectual property, confidentiality and obligations on termination survive termination or expiration of t agreement.

English law governs the agreement. We both accept the jurisdiction of the English Courts. We may bring proceedings against you in other jurisdictions.

# D S Smith Plastics

## Worldwide Dispensers

**INVOICE**

VAT: GB 521 8863 38

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

| | |
|---|---|
| Invoice No. | 98421 |
| Account No. | HED02 |

Invoice To:
HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE.,
BALTIMORE
MARYLAND 21211
U.S.A.

Delivered To:
HEDWIN CORPORATION
1700 W 41ST STREET
BALTIMORE
MARYLAND 21211
USA

| Transaction | Customer Order No. | Delivery Detail | Area | Sales Order No. | Invoice Date: | Despatch Note No. | Despatch Date |
|---|---|---|---|---|---|---|---|
| INVOICE | 137841 | SDV BERNARD | 309 | S35176 | 24 Oct 2013 | 98421 | 24 Oct 2013 |

TERMS: FOB UK PORT

INCOTERMS 2000 APPLY TO THIS TRANSACTION

*************************************************

WORLDWIDE DISPENSERS CERTIFIES THAT THE REFERENCED PRODUCT MEETS THE
MANUFACTURING SPECIFICATION AS MUTUALLY AGREED UPON BY HEDWIN AND
WORLDWIDE DISPENSERS. ALL PRODUCT QUALIFICATION DATA IS ON FILE AND
AVAILABLE FOR REVIEW.

TARIFF CODE FOR TAPS: 8481.80.5090

*************************************************

150 CTNS GW 1687.50 KG NW 1537.50 KG VOLUME 14.496 M3

Customer VAT Registration Number – D00090704

| Product Code | Description of Goods | Quantity | Desp Ref | Qty to Follow | Price Per | Units | Discounts | VAT Code | Nett Value |
|---|---|---|---|---|---|---|---|---|---|
| 253406 | 8C/US/STD+38WSR/US SEALED IN BAG | 120000.0000 | | | 0.2948 | EACH | | Z | 35,376.00 |
| | 8mm CUBITAINER USA SEALED IN BAG | | | | | | | | |

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001

These goods are of EU origin, manufactured by us, certified true and correct.
www.worldwide-dispensers.com

D S SMITH PLASTICS LIMITED (company number 5207740), REGISTERED IN ENGLAND AND WALES WITH ITS REGISTERED OFFICE AT BEECH HOUSE, WHITEBROOK PARK, 68 LOWER COOKHAM ROAD, MAIDENHEAD SL6 8XY.

Page 1 of 3

# DSSmithPlastics

## Worldwide Dispensers

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

## INVOICE

VAT: GB 521 8863 38

**Invoice To:**
HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE.,
BALTIMORE
MARYLAND 21211
U.S.A.

**Delivered To:**
HEDWIN CORPORATION
1700 W 41ST STREET
BALTIMORE
MARYLAND 21211
USA

| | | Invoice Date: | | Invoice No. | |
| | | 24 Oct 2013 | | 98421 | |
| Transaction | Customer Order No. | Delivery Detail | Area | Despatch Note No. | Despatch Date | Account No. |
| INVOICE | 137841 | SDV BERNARD | 309 | 98421 | 24 Oct 2013 | HED02 |
| Product Code | Description of Goods | Quantity | Desp Ref | Sales Order No. | Qty to Follow | Units | Price Per | Discounts | VAT Code | Nett Value |
| | NATURAL + STANDARD SPIGOT + 38mmS/R USA PACKED AND SEALED IN INDIVIDUAL BAGS FOR FOOD USE Your Stock Code: COM8801 | | | S35176 | | | | | | |

These goods are of EU origin, manufactured by us, certified true and correct.
**www.worldwide-dispensers.com**

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001
D S SMITH PLASTICS LIMITED (company number 5267740), REGISTERED IN ENGLAND AND WALES WITH ITS REGISTERED OFFICE AT BEECH HOUSE, WHITEBROOK PARK, 68 LOWER COOKHAM ROAD, MAIDENHEAD SL6 8XY.
Page 2 of 3

**DSSmith Plastics**

*Worldwide Dispensers*

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

# INVOICE

VAT: GB 521 8863 38

| | |
|---|---|
| Invoice Date: | |
| 24 Oct 2013 | |
| | Invoice No. |
| | 98421 |

Invoice To:
HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE.,
BALTIMORE
MARYLAND 21211
U.S.A.

Delivered To:
HEDWIN CORPORATION
1700 W 41ST STREET
BALTIMORE
MARYLAND 21211
USA

| Transaction | Customer Order No. | Delivery Detail | Area | Sales Order No. | Despatch Note No. | Despatch Date | Account No. |
|---|---|---|---|---|---|---|---|
| INVOICE | 137841 | SDV BERNARD | 309 | S35176 | 98421 | 24 Oct 2013 | HED02 |

| Product Code | Description of Goods | Quantity | Desp Ref | Qty to Follow | Units | Price Per | Price To Follow | Discounts | VAT Code | Nett Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**Totals for VAT Code Z 0.00%**

**Prices and Totals are in US Dollar**

| | | | |
|---|---|---|---|
| | **Goods** | 35,376.00 | |
| | **Goods Total** | 35,376.00 | **VAT Total** |
| Settlement Discount | 0.00% | **Value** | 0.00 |
| | **VAT** | | 0.00 |
| | | | 0.00 |

| | | |
|---|---|---|
| Discounts | **Invoice Total** US$35,376.00 | |
| | **Settlement Date** | 23 Dec 2013 |

Signed on behalf of Worldwide Dispensers Ltd.

*[signature]*

These goods are of EU origin, manufactured by us, certified true and correct.
www.worldwide-dispensers.com

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001
D S SMITH PLASTICS LIMITED (company number 5267740), REGISTERED IN ENGLAND AND WALES WITH ITS REGISTERED OFFICE AT BEECH HOUSE, WHITEBROOK PARK, 68 LOWER COOKHAM ROAD, MAIDENHEAD SL6 8XY.
Page 3 of 3

# WORLDWIDE DISPENSERS – STANDARD SALES CONDITIONS

**1.   INTRODUCTION**

"We" and "us" are Worldwide Dispensers, a part of DS Smith Plastics Ltd and "you" are anyone to whom we are supplying goods. DS Smith Plastics Ltd is registered in England and Wales with company number 3267740 and our registered office is at 350 Euston Road, London, NW1 3AX.

We have provided an acknowledgement of our agreement to make that supply. That acknowledgement incorporates these supply conditions (except where they are specifically amended in the acknowledgement) and sufficient to cover:

- a specification of the goods and any incidental services: if not, our standard specification will apply
- the price agreed
- the delivery or collection details.

That is the whole of our agreement for this supply and supersedes any previous agreement we may have had in relation to it. No variation to the agreement is valid unless it is in writing and is signed by authorised representatives of both of us.

By placing an order with us, you are deemed to accept that these conditions shall apply to the agreement (to the exclusion of all other terms and conditions (including any terms or conditions which you purport to apply under any purchase order, confirmation of order or other correspondence or documentation).

We are responsible for making the supply to you but we may arrange to do so through agents or subcontractors.

You must not acquire the benefit of the agreement without our prior written consent, which will not be unreasonably withheld.

**2.   CANCELLATION AND VARIATION**

You may cancel your order at any time before the supply is made. If you do, you are to pay us on demand a reasonable cancellation charge which would take account of all work we have done under the agreement, all costs we have incurred and any costs we are committed to pay, and our loss of profit.

If you ask us to vary your order and agree with us as an appropriate variation to the price and to the time scale for delivery, we agree to make the supply in accordance with those variations. We may vary the price. You must pay for the goods in full if any significant increase in the cost of materials or other costs we incur to fulfil your order. We may also substitute suitable alternative materials for any referred to in our acknowledgement which are not available, or, if no suitable materials are available, advise you of that delay in fulfilling your order. If we are unable to fulfil your order within a reasonable time due to materials being unavailable for reasons beyond our reasonable control, we may cancel the order with no further obligation to you.

**3.   PRICE**

Unless otherwise stated we are to pay, in addition to the agreed price:
applicable VAT and any other tax imposed on the supply
the cost of packaging, carriage and insurance
the cost of any artwork, origination and printing stereos, the cost of tooling specifically required and die cutting costs

**4.   PAYMENT**

We will invoice you once the goods have been manufactured. You are to pay the invoice in full within 30 days unless we agree otherwise. If you have a credit account you must notify us if if promptly and make all reasonable efforts to resolve the dispute amicably.

We are not obliged to supply any goods or services to you while any payment is overdue on this or any other agreement we may have with you.

If any payment is late we may charge you interest at the rate of 3% above the base rate from time to time of the NatWest Bank on any overdue payment from the due date for payment until the date payment is made and charge you for all costs we incur in recovering the outstanding payment.

We may set off any sums owed by you to us against any sums owed by us to you.

**5.   WARRANTY AND DEFECTS**

We warrant to you that the goods will be, at the time of delivery and only for the next 6 months, free from any material defect due to faulty materials or faulty workmanship and any services will be provided with reasonable skill and care so long as:

- you give us full details of any defect immediately it becomes apparent
- the goods have not, in our view, suffered excess wear and tear by improper or careless use or storage, excessive stress, improper installation, or the like.

All implied warranties or conditions are excluded to the fullest extent permitted by law.

If you endorse on the delivery note that goods are uncollected and within 3 days of delivery notify us in writing of any defects we may, after inspecting the goods (and if we are satisfied that their condition has not deteriorated following delivery) at our discretion repair or replace the defective goods, or take them back and refund the price.

You undertake to indemnify and hold us harmless from and against all liabilities, losses, damages, costs, charges, expenses (including without limitation legal fees and expenses on a full indemnity basis), actions, proceedings, claims and demands incurred by or brought against us:

- arising directly or indirectly out of or in connection with any breach of any of your obligations under the contract or in respect of an obligation and cannot put it right or does not put it right within 21 days of receiving notice to do so, and
- resulting from our acting reasonably in accordance with your instructions (including, without limitation, any claim from a third party that we have infringed any intellectual property rights in the work carried out).

Our products may not be suitable for use with all liquids, for all filling or dispensing conditions. We cannot and do not therefore warrant that our products will be fit or suitable for the intended application. It is recommended that you satisfy yourself than the liquid to be dispensed is compatible for such use and that our products and are made as well as the products themselves. Prior to introducing the use of our products to a commercial application, you should conduct all appropriate tests to identify and prevent problems resulting from environmental stress cracking, dimensional changes, chemical attack, changed mechanical properties, the effect of temperature and temperature changes and other relevant factors. You should also verify that the fit of the product to the container is satisfactory, that the product is compatible with filling conditions, that the flow rate and flow characteristics of the product meet your requirements and that the product is suitable for the expected distribution and storage conditions. We will not be responsible for any loss or damage arising or any loss or damage, injury or death caused as a result of your failure to observe any of the aforementioned precautions.

**6.   DELIVERY OR COLLECTION**

We are to use reasonable endeavours to have the goods ready when agreed, but this is only an estimate of the delivery or collection date. You are only to accept delivery after that date if

- after the date of our acknowledgement of your order you have sent us a written notification specifying a deadline date in writing
- we have specifically accepted that deadline date in writing.

Where we are delivering goods to you, you are responsible for unloading them. Where you fail to take delivery or collect goods in accordance with the agreement, you must pay on demand our storage and additional storage costs.

You have no right to reject goods if they vary from the specification and that variation is not material in that respect nor will we be responsible for any variation in quantity which of the quantity ordered (but we will in this case adjust the price to take account of the variation).

**7.   PACKAGING**

We decide the appropriate method of packaging. Packages and wrappers are free and non-returnable.

We charge you for cases but refund that charge when you return the cases to us in good condition.

Pallets, carboys and any other packaging identified in the acknowledgement as belonging to us remain our property and must be returned to us within one month of delivery. If not we will invoice you for their replacement cost.

**8.   CUSTOMER APPROVALS**

Where we supply proofs, printing details, artwork or other specimens for you to approve as complying with your order you must do so promptly and in writing. We are not responsible for any defect you advise. Our obligation is to supply the goods in the limited range of risk colours. Any deviations may result in an extra charge being made.

All prices we give you for printing are made subject to our receiving suitable copy from you and to the printing being of a standard range of risk colours. Any deviations may result in an extra charge being made.

**9.   PASSING OF RISK AND TITLE**

The goods are at your risk
- when you start loading them onto the collection vehicle, if you are collecting them or
- when you start unloading them at the delivery address, if we are responsible for delivery or
- from the agreed time for delivery or collection if you fail to accept delivery or collect the goods as agreed.

The goods do not belong to you until we have received payment of the price plus additional payments due in full. Until then
- you must keep the goods as our fiduciary agent, must clearly identify the goods (and now incorporated into which they are incorporated) as our property, and keep it properly stored and insured and
- we may enter your premises at any time to repossess the goods if you fail to pay and any other payments when they are incorporated) as our property, and keep it able to repay the price and other payments when due.

**10.   TERMINATION**

Either of us may terminate this agreement immediately on written notice if the other directly. This will be breach of an obligation and cannot put it right or does not put it supplied show only the general character of the goods and must not be relied on.

We do not seek to exclude or restrict our liability for death or personal injury caused our (i) negligence or (ii) fraud.

Where we or our employees or agents negligently damage your property when either goods, our total liability to you in respect of an event or series of connected event limited to £500,000.

In respect of any other claims our liability is limited, to the maximum extent permitted rise to the claim.

We have no liability (directly or indirectly) for loss of business, revenue, opportunity profits, anticipated savings or wasted expenditure, corruption or destruction of compiler data or for any indirect or consequential loss whatsoever.

Neither of us is liable for any failure to fulfil our obligations to the other where such failure is due to circumstances beyond our reasonable control.

**12.   GENERAL**

No benefits are to be conferred on any third party by this agreement.

If part of this agreement is invalid or unenforceable that does not affect the invalidity or unenforceability in one jurisdiction does not affect validity or enforceability in another.

Where you leave any of your property with us you do so at your own risk. You must pay receipt for it.

No waiver by us of any breach of the contract by you shall be considered as a waiver of any subsequent breach of the same or any other provision.

We are to own all intellectual property created under this agreement. Where necessary you are to assign or procure the assignment of all such rights (including moral rights) us.

Unless you object in writing, we may put your name and other details into a computerised person or the only for our use and that of any other company within DS Smith Plc group worldwide.

This agreement and its subject matter are confidential and must not be disclosed to any person without our permission.

Provisions relating to warranties, disclaimer of liability, intellectual property, confidentiality and obligations on termination survive termination or expiration of the agreement.

English law governs the agreement. We both accept the jurisdiction of the English Courts. We may also bring proceedings against you in other jurisdictions.



# Worldwide Dispensers™

## DS Smith

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

# INVOICE

VAT: GB 521 8863 38
EORI: GB 565708219000

| Invoice Date: | | Invoice No. | |
|---|---|---|---|
| 24 Oct 2013 | | 98420 | |
| Despatch Note No. | Despatch Date | Account No. | |
| 98420 | 24 Oct 2013 | HED02 | |

**Invoice To:**
HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE.,
BALTIMORE
MARYLAND 21211
U.S.A.

**Delivered To:**
HEDWIN CORPORATION
1700 W 41ST STREET
BALTIMORE
MARYLAND 21211
USA

| Transaction | Customer Order No. | Delivery Detail | Area | Sales Order No. |
|---|---|---|---|---|
| INVOICE | 137842 | SDV | 309 | S35177 |

**TERMS: FOB UK PORT**
**INCOTERMS 2000 APPLY TO THIS TRANSACTION**
*******************************************************

WORLDWIDE DISPENSERS CERTIFIES THAT THE REFERENCED PRODUCT MEETS THE
MANUFACTURING SPECIFICATION AS MUTUALLY AGREED UPON BY HEDWIN AND
WORLDWIDE DISPENSERS. ALL PRODUCT QUALIFICATION DATA IS ON FILE AND
AVAILABLE FOR REVIEW.

TARIFF CODE FOR TAPS: 8481.80.5090
*******************************************************

**24 CARTONS GW 336 KG NW 312 KG VOLUME 2.319 M3**

Customer VAT Registration Number - D00090704

| Product Code | Description of Goods | Quantity | Desp Ref | Qty to Follow | Price Per | Units | Discounts | VAT Code | Nett Value |
|---|---|---|---|---|---|---|---|---|---|
| 253404 | 8C/US/STD+38WSR/US 8mm CUBITAINER USA NATURAL + STANDARD | 26400.0000 | | | 0.2540 | EACH | | Z | 6,705.60 |

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001
Page 1 of 2

These goods are of EU origin, manufactured by us, certified true and correct.
**www.worldwide-dispensers.com**

DS Smith Plastics Limited Registered in England and Wales No: 5267740 Registered Office: 350 Euston Road, London, NW1 3AX

(Serial No. invoice/6)

# Worldwide Dispensers™

Lee Road
Merton Park Estate
London SW19 3WD UK
Tel: +44 (0) 20 8545 7500
Fax: +44 (0) 20 8545 7502

## INVOICE

VAT: GB 521 8863 38
EORI: GB 565708219000

Invoice To:
HEDWIN CORPORATION
1600 ROLAND HEIGHTS AVE.,
BALTIMORE
MARYLAND 21211
U.S.A.

Delivered To:
HEDWIN CORPORATION
1700 W 41ST STREET
BALTIMORE
MARYLAND 21211
USA



| Invoice Date | | Invoice No. |
|---|---|---|
| 24 Oct 2013 | | 98420 |
| Despatch Note No. | Despatch Date | Account No. |
| 98420 | 24 Oct 2013 | HED02 |

| Transaction | Customer Order No. | Delivery Detail | Area | Sales Order No. | | |
|---|---|---|---|---|---|---|
| INVOICE | 137842 | SDV | 309 | S35177 | | |

| Product Code | Description of Goods | Quantity | Desp Ref | Qty to Follow | Price Per | Units | VAT Code | Nett Value |
|---|---|---|---|---|---|---|---|---|
| | SPIGOT + 38mmS/R USA FOR FOOD USE | | | | | | | |
| | Your Stock Code: COM4401 | | | | | | | |

**Totals for VAT Code Z 0.00%**

Prices and Totals are in US Dollar

Settlement Discount

| | Goods | 6,705.60 | **VAT** | 0.00 |
|---|---|---|---|---|
| | **Goods Total** | 6,705.60 | **VAT Total** | 0.00 |
| 0.00% | **Value** | | | 0.00 |

| | Discounts | VAT Code |
|---|---|---|
| 0.00 | | |
| 0.00 | **Invoice Total** | US$6,705.60 |
| | **Settlement Date** | 23 Dec 2013 |

Signed on behalf of Worldwide Dispensers Ltd.

These goods are of EU origin, manufactured by us, certified true and correct.
www.worldwide-dispensers.com

Terms of Payment:
Terms and Conditions of Trade: Please refer to our standard terms and conditions, copy attached.
Accredited to ISO 9001
Page 2 of 2

DS Smith Plastics Limited Registered in England and Wales No: 5267740 Registered Office: 350 Euston Road, London, NW1 3AX

(Serial No. Invoice6)

# WORLDWIDE DISPENSERS – STANDARD SALES CONDITIONS

## 1. INTRODUCTION

"We" are Worldwide Dispensers, a part of DS Smith Plastics Ltd and "you" are anyone to whom we are supplying goods. DS Smith Plastics Ltd is registered in England and Wales with company number 3267740 and our registered office is at 350 Euston Road, London, NW1 3AX.

We have provided an acknowledgement of our agreement to make that supply. That acknowledgement incorporates these supply conditions (except where they are specifically referred to). Our agreement with you includes:

- a specification of the goods and any incidental services: if not, our standard specification will apply
- the price agreed
- the delivery or collection details.

That is the whole of our agreement for this supply and supersedes any previous agreement we may have had in relation to it. No variation to the agreement is valid unless it is in writing and is signed by authorised representatives of both of us.

By placing an order with us, you are deemed to accept that these conditions shall apply to and govern any contract between us to the exclusion of all other terms and conditions (including any terms or conditions which you purport to apply under any purchase order, confirmation of order or other correspondence or documentation).

We are responsible for making the supply to you but we may arrange to do so through agents or subcontractors.

You must not assign the benefit of the agreement without our prior written consent, which will not be unreasonably withheld.

## 2. CANCELLATION AND VARIATION

You may cancel your order at any time before the supply is made. If you do, you are to pay us in advance in the estimated amount set out below as a result of this, as well as the amount set out below as a result of the cancellation. If you require us to vary the agreement, all costs we have incurred and any costs we are committed to pay, and our loss of profit.

If you ask us to vary your order and agree with us an appropriate variation to the price and to the time scale for delivery, we agree to make the supply in accordance with those variations. We may vary the price by an amount sufficient to cover any significant increase in the cost of materials or other costs we incur to fulfil your order. We may also substitute suitable alternative materials for any referred to in our acknowledgement if those are not available or, if suitable materials are available, advise you of the estimated delay in fulfilling your order. If we are unable to fulfil your order within a reasonable time due to materials being unavailable for reasons beyond our reasonable control, we may cancel the order with no further obligation to you.

## 3.

Unless otherwise stated you are to pay, in addition to the agreed price:

- applicable VAT and any other tax imposed on the supply
- the cost of packaging, carriage and insurance
- the cost of any tools and equipment, printing stereos, the cost of tooling specifically required and the cutting costs

## 4. PAYMENT

We will invoice you when the goods have been manufactured. You are to pay the invoice within 30 days without set-off or counterclaim. If you have a claim against us, you must notify us of it promptly and in any event sufficient to enable the dispute amicably.

We are not obliged to supply any goods or services to you while any payment is overdue on this or any other agreement we may have with you.

If any payment is late we may charge you interest at the rate of 3% above the base rate from time to time of the NatWest Bank on any overdue payment from the due date for payment until the date payment is made and charge you for all costs we incur in recovering the outstanding payment.

We may set off any sums owed by you to us against any sums owed by us to you.

## 5. WARRANTY AND DEFECTS

We warrant to you that the goods will be, at the time of delivery and only for the next 6 months, free from our manufacturing defects and that they are of satisfactory workmanship and that any services will be provided with reasonable skill and care so long as:

- you give us full details of any defect immediately it becomes apparent
- the goods have not, in our view, suffered excess wear and tear by improper or careless use or storage, excessive stressing, improper installation, or the like.

All implied warranties or conditions are excluded to the fullest extent permitted by law.

If you endorse on the delivery note that goods are unexamined and within 3 days of delivery notify us in writing of any defects we may, after inspecting the goods (and if we are satisfied that their condition has not deteriorated following delivery) at our discretion repair or replace the defective goods, or take them back and refund the price.

You undertake to indemnify and hold us harmless from and against all liabilities, losses, damages, costs, charges, expenses (including without limitation legal fees and expenses on a full indemnity basis), actions, proceedings, claims and demands incurred by or brought against us:

- arising directly or indirectly out of or in connection with any breach of any of your obligations under or in connection with our agreement and caused out of any defect in the goods or services, employees or agents in relation to the goods; or
- resulting from our acting reasonably in accordance with your instructions (including, without limitation, any claim from a third party that our supply infringed any intellectual property rights in the work carried out).

Our products may not be suitable for use with all liquids, for all filling or dispensing conditions. We cannot and do not therefore warrant that our products will be fit or suitable for the intended application. It is recommended that you satisfy yourself that the liquid to be dispensed or stored together with the raw materials from which the products are made as well as the products themselves. Prior to introducing the use of our products to a commercial application, you should conduct all appropriate tests to identify and prevent attack, chemical attack, mechanical properties, the effect of temperature and temperature changes and other relevant factors. You should also verify that the fit of the product to the container is satisfactory and that the product is compatible with filling conditions, that the flow rate and flow characteristics of the product meet your requirements and that the product is suitable for the expected distribution and storage conditions. For the avoidance of doubt, we accept no liability whatsoever for any loss or damage, injury or death caused as a result of your failure to observe any of the aforementioned precautions.

## 6. DELIVERY OR COLLECTION

We are to use reasonable endeavours to have the goods ready when agreed, but this is only an estimate of the delivery or collection date. You can only refuse to accept delivery after that date if

- after the date of our acknowledgement of your order you have sent us a written notice specifically requiring delivery by a certain date and
- we have specifically accepted that deadline date in writing.

Where we are delivering goods to you, you are responsible for unloading them. Where you fail to take delivery or collect goods in accordance with the agreement, you must pay on demand our storage and additional carriage costs.

You have no right to reject goods if they vary from the specification and that variation is not material in that your use or functionality or is a variation which is within 10% of the quantity ordered (but we will in this case adjust the price to take account of the variation).

## 7. PACKAGING

We decide the appropriate method of packaging. Packages and wrappers are free and non-returnable.

We charge you for cases but refund that charge when you return the cases to us in good condition.

## 8. CUSTOMER APPROVALS

Where we supply proofs, printing details, artwork or other specimens for you to approve as complying with your order you must do so promptly and in writing. If we ask you to approve the artwork you must, in approving the goods in the form you approve. We are not responsible for any errors which you do not identify in writing at the time you give your approval.

All prices we give you for printing are made subject to our receiving suitable copy material and to the final line of any magazine or standard range of ink colours. Any deviations may result in an extra charge being made.

## 9. PASSING OF RISK AND TITLE

The goods are at your risk

- as soon as you load them onto the collection vehicle, if you are collecting them or
- when you start unloading them at the delivery address, if we are responsible for delivery or
- from the agreed time for delivery or collection if you fail to accept delivery or collect the goods as agreed.

The goods do not belong to you until we have received payment of the price and all additional payments due in full. Until then

- you hold the goods as our fiduciary agent, must clearly identify the goods (and our new product lines and must keep any new demand) as our property, and keep properly stored and insured and
- we may enter your premises at any time to repossess the goods if you fail to pay the price and other payments when due or we reasonably believe that you will not be able to pay the price and other payments when due.

We may terminate this agreement immediately on notice if we reasonably believe that you will not be able to pay the price or other payments when due and in that event we have no further liabilities under the agreement.

## 10. TERMINATION

Either of us may terminate this agreement immediately on written notice if the other goes into liquidation or becomes bankrupt or has an administrator put in place or does not have right within 21 days of receiving notice to do so. On termination any then existing contract which either of us has against the other remain in force.

## 11. LIABILITIES

Samples, descriptions, illustrations, forecasts, brochures and other literature we provide is for general guidance only. The general character of the goods and must not be relied on.

We do not seek to exclude or restrict our liability for death or personal injury caused by our (i) negligence or (ii) fraud.

Where we or our employees or agents negligently damage your property when delivering the goods, our total liability to you in respect of an event or series of connected events limited to £500,000.

In respect of any other claims our liability is limited, to the maximum extent permitted by law, to a total loss or damage up to the amount of the price paid for the goods giving rise to the claim.

We have no liability (directly or indirectly) for loss of business, revenue, opportunity, profits, anticipated savings or wasted expenditure, corruption or destruction of computer data or for any indirect or consequential loss whatsoever.

Neither of us is liable for any failure to fulfil our obligations to the other where failure is due to circumstances beyond our reasonable control.

## 12. GENERAL

No benefits are to be conferred on any third party by this agreement.

If part of this agreement is invalid or unenforceable that does not affect the remaining. Invalidity or unenforceability in one jurisdiction does not affect validity or enforceability in another.

Where you leave any of your property with us you do so at your own risk. You must receipt for it.

No waiver by us of any breach of the contract by you shall be considered as a waiver of any subsequent breach of the same or any other provision.

We are to own all intellectual property created under this agreement. Where necessary you are to assign or procure the assignment of all such rights (including moral rights) to us.

Unless you object in writing, we may put your name and other details into a complete directory. This will only be for our use and that of any other company within DS Smith Plc group worldwide.

This agreement and its subject matter are confidential and must not be disclosed to person without our permission.

Provisions relating to warranties, limitation of liability, intellectual property, confidentiality and obligations on termination survive termination or expiration of the agreement.

English law governs the agreement. We both accept the jurisdiction of the English Courts. We may also bring proceedings against you in other jurisdictions.